# EXHIBIT A

*Amazon Content Services, LLC, et al. v. Zachary Adam-Layne DeBarr, et al.*

Representative List of Copyrighted Works

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| My Best Friend's Exorcism | Amazon Content Services LLC | PA 2-373-772 | October 4, 2022 |
| The Aeronauts | Amazon Content Services LLC | PA 2-217-615 | December 10, 2019 |
| All the Old Knives | Amazon Content Services LLC | PA 2-344-205 | April 7, 2022 |
| Beautiful Boy | Amazon Content Services LLC | PA 2-128-238 | October 12, 2018 |
| Black Box | Amazon Content Services LLC | PA 2-260-261 | October 9, 2020 |
| Goodnight Mommy | Amazon Content Services LLC | PA 2-372-501 | September 26, 2022 |
| My Policeman | Amazon Content Services LLC | PA 2-377-805 | October 31, 2022 |
| Red, White & Royal Blue | Amazon Content Services LLC | PA 2-424-655 | August 11, 2023 |
| Totally Killer | Amazon Content Services LLC | PA 2-441-278 | November 19, 2023 |
| Wonderstruck | Amazon Content Services LLC | PA 2-069-723 | November 22, 2017 |
| A Million Miles Away | Amazon Content Services LLC | PA 2-440-707 | October 6, 2023 |
| Emancipation | Apple Video Programming LLC | PA 2-404-994 | February 27, 2023 |
| Spirited | Apple Video Programming LLC | PA 2-403-473 | February 17, 2023 |
| Raymond & Ray | Apple Video Programming LLC | PA 2-378-378 | November 2, 2022 |
| Killers of the Flower Moon | Apple Video Programming LLC | PA 2-452-739 | January 11, 2024 |
| Silo, S1E1 Freedom Day | Apple Video Programming LLC | PA 2-429-989 | July 30, 2023 |
| Napoleon | Apple Video Programming LLC | PA 2-470-162 | February 1, 2024 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Criminal Record, S1E1 Emergency | Apple Video Programming LLC | PA 2-464-704 | March 26, 2024 |
| The New Look, S1E1 Just You Wait and See | Apple Video Programming LLC | PA 2-468-957 | April 23, 2024 |
| Palm Royale, S1E1 Pilot | Apple Video Programming LLC | PA 2-479-446 | July 19, 2024 |
| Sugar, S1E1 Olivia | Apple Video Programming LLC | PA 2-482-236 | July 5, 2024 |
| Black Bird, S1E1 Pilot | Apple Video Programming LLC | PA 2-368-767 | September 2, 2022 |
| Lessons in Chemistry, S1E1 Little Miss | Apple Video Programming LLC | PA 2-452-884 | January 11, 2024 |
| The Buccaneers, S1E1 American Poison | Apple Video Programming LLC | PA 2-458-032 | February 6, 2024 |
| Fly Me to the Moon | Apple Video Programming LLC | PA 2-498-100 | October 8, 2024 |
| Men in Black | Columbia Picture Industries, Inc. | PA 845-156 | July 10, 1997 |
| Bad Boys | Columbia Picture Industries, Inc. | PA 699-273 | May 2, 1995 |
| After Earth | Columbia Picture Industries, Inc. | PA 1-841-452 | May 31, 2013 |
| The Amazing Spiderman | Columbia Picture Industries, Inc. | PA 1-793-261 | June 29, 2012 |
| Jumanji: Welcome to the Jungle | Columbia Picture Industries, Inc. | PA 2-072-805 | January 25, 2018 |
| Jumanji: The Next Level | Columbia Picture Industries, Inc. | PA 2-221-398 | January 10, 2020 |
| Just Go With It | Columbia Picture Industries, Inc. | PA 1-718-291 | February 10, 2011 |
| The Karate Kid | Columbia Picture Industries, Inc. | PA 216-986 | July 6, 1986 |
| Miracles from Heaven | Columbia Picture Industries, Inc. | PA 1-981-803 | April 7, 2016 |
| Venom: Let There Be Carnage | Columbia Picture Industries, Inc. | PA 2-315-928 | October 8, 2021 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| | (Tencent Pictures (USA) LLC*)[1] | | |
| Ghostbusters: Afterlife | Columbia Picture Industries, Inc. (BRON Creative USA, Corp.*) | PA 2-324-147 | November 30, 2021 |
| Bullet Train (2022) | Columbia Picture Industries, Inc. (TSG Entertainment II LLC*) | PA 2-364-879 | August 17, 2022 |
| Bad Boys: Ride or Die | Columbia Picture Industries, Inc. (TSG Entertainment II LLC*) | PA 2-476-747 | June 18, 2024 |
| Jungle Cruise | Disney Enterprises, Inc. | PA 2-306-091 | August 5, 2021 |
| The Little Mermaid (2023) | Disney Enterprises, Inc. | PA 2-415-610 | June 12, 2023 |
| Alice Through the Looking Glass | Disney Enterprises, Inc. | PA 1-991-651 | June 28, 2016 |
| Cruella | Disney Enterprises, Inc. | PA 2-301-564 | July 15, 2021 |
| Frozen II | Disney Enterprises, Inc. | PA 2-217-415 | December 12, 2019 |
| The Lion King (2019) | Disney Enterprises, Inc. | PA 2-193-489 | August 7, 2019 |
| Maleficent | Disney Enterprises, Inc. | PA 1-899-203 | June 10, 2014 |
| Mary Poppins Returns | Disney Enterprises, Inc. | PA 2-146-985 | January 10, 2019 |
| Pirates of the Caribbean, At World's End | Disney Enterprises, Inc. | PA 1-334-112 | July 13, 2007 |
| Moana | Disney Enterprises, Inc. | PA 2-012-015 | December 20, 2016 |
| Moana 2 | Disney Enterprises, Inc. | PA 2-506-063 | December 12, 2024 |

[1] Copyright registrants marked with an asterisk are co-owners of the titled works.

3

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Brazen | Netflix US LLC | PA 2-339-883 | January 21, 2022 |
| Look Both Ways | Netflix US LLC | PA 2-368-931 | August 24, 2022 |
| The Old Guard | Netflix US LLC | PA 2-258-345 | October 28, 2020 |
| Eurovision Song Contest: The Story of Fire Saga | Netflix US LLC | PA 2-261-556 | August 6, 2020 |
| Day Shift | Netflix US LLC | PA 2-368-933 | August 22, 2022 |
| Extraction | Netflix US LLC | PA 2-256-068 | July 8, 2020 |
| Extraction 2 | Netflix US LLC | PA 2-424-253 | June 21, 2023 |
| Blonde | Netflix US LLC | PA 2-379-823 | October 3, 2022 |
| Rescued by Ruby | Netflix US LLC | PA 2-350-236 | March 31, 2022 |
| The Good Nurse | Netflix US LLC | PA 2-386-954 | November 4, 2022 |
| Mank | Netflix US LLC | PA 2-275-480 | December 11, 2020 |
| Top Gun: Maverick | Paramount Pictures Corporation | PA 2-351-572 | May 31, 2022 |
| 10 Cloverfield Lane | Paramount Pictures Corporation | PA 1-978-288 | March 14, 2016 |
| Clueless | Paramount Pictures Corporation | PA 762-634 | September 18, 1988 |
| Coming to America | Paramount Pictures Corporation | PA 376-420 | July 12, 1988 |
| Downsizing | Paramount Pictures Corporation | PA 2-068-615 | December 22, 2017 |
| Forrest Gump | Paramount Pictures Corporation | PA 726-079 | September 22, 1994 |
| Indecent Proposal | Paramount Pictures Corporation | PA 610-723 | May 7, 1993 |
| Infinite | Paramount Pictures Corporation | PA 2-296-127 | June 10, 2021 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Jack Reacher | Paramount Pictures Corporation | PA 1-817-771 | December 21, 2012 |
| Like a Boss | Paramount Pictures Corporation | PA 2-221-396 | January 13, 2020 |
| Mean Girls | Paramount Pictures Corporation | PA 1-233-942 | July 12, 2004 |
| Mission: Impossible | Paramount Pictures Corporation | PA 800-002 | June 17, 1996 |
| Mission Impossible – Rogue Nation | Paramount Pictures Corporation | VA 1-977-456 | June 30, 2015 |
| Gladiator II | Paramount Pictures Corporation | PA 2-506-548 | December 20, 2024 |
| Back to the Future | Universal City Studios LLC | PA 266-708 | October 15, 1985 |
| Jurassic World: Fallen Kingdom | Universal City Studios Productions LLLP (Amblin Entertainment*) | PA 2-146-543 | June 19, 2018 |
| Knocked Up | Universal City Studios Productions LLLP | PA 1-375-523 | May 31, 2007 |
| The Secret Life of Pets | Universal City Studios Productions LLLP | PA 1-992-458 | June 24, 2016 |
| Identity Thief | Universal City Studios Productions LLLP | PA 1-833-795 | February 8, 2013 |
| The Danish Girl | Universal City Studios Productions LLLP | PA 1-968-106 | November 30, 2015 |
| Despicable Me 3 | Universal City Studios Productions LLLP | PA 2-043-544 | June 27, 2017 |
| Fast & Furious Presents: Hobbs & Shaw | Universal City Studios Productions LLLP | PA 2-192-296 | July 31, 2019 |
| The Invisible Man | Universal City Studios Productions LLLP | PA 2-230-559 | February 26, 2020 |
| Jason Bourne | Universal City Studios Productions LLLP | PA 2-002-679 | August 8, 2016 |
| Jurassic World | Universal City Studios Productions LLLP (Amblin Entertainment*) | PA 1-946-359 | June 10, 2015 |
| Minions: The Rise of Gru | Universal City Studios Productions LLLP | PA 2-369-070 | June 27, 2022 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Wicked | Universal City Studios Productions LLLP | PA 2-502-409 | November 20, 2024 |
| Barbie | Warner Bros. Entertainment, Inc. | PA 2-421-392 | July 21, 2023 |
| Batman v. Superman: Dawn of Justice | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 1-981-624 | March 30, 2016 |
| Dunkirk | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 2-044-585 | July 20, 2017 |
| Gravity | Warner Bros. Entertainment, Inc. | PA 1-398-100 | April 12, 2016 |
| Harry Potter and the Deathly Hallows Part 1 | Warner Bros. Entertainment, Inc. | PA 1-721-904 | March 4, 2011 |
| Harry Potter and the Deathly Hallows Part 2 | Warner Bros. Entertainment, Inc. | PA 1-742-099 | July 22, 2011 |
| Harry Potter and the Half Blood Prince | Warner Bros. Entertainment, Inc. | PA 1-647-906 | October 23, 2009 |
| Harry Potter and the Order of the Pheonix | Warner Bros. Entertainment, Inc. | PA 1-355-547 | September 21, 2007 |
| The Little Things | Warner Bros. Entertainment, Inc. | PA 2-274-728 | January 27, 2021 |
| The Suicide Squad (2021) | Warner Bros. Entertainment, Inc. | PA 2-304-248 | July 28, 2021 |
| The Suicide Squad (2016) | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 1-995-698 | August 4, 2016 |
| Tenet | Warner Bros. Entertainment, Inc. | PA 2-262-782 | October 27, 2020 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|-------|----------------------|------------------|-------------------|
| Wonder Woman | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 2-036-078 | June 6, 2017 |