POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Scott R. Commerson (SBN227460); Sean M. Sullivan (SBN227460);<br>Katelyn A. Feliciano (SBN350385); L. Danielle Toaltoan (NYB5074315)<br><br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>    TELEPHONE NO.: (213) 633-6800    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br><br>ATTORNEY FOR *(Name):* Plaintiffs | **FOR COURT USE ONLY** |

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al | CASE NUMBER: |
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS<br>LLC d/b/a outerlimitsiptv.com and outerlimitshosting.net | 2:25-cv-01841 |
| **PROOF OF SERVICE OF SUMMONS & COMPLAINT** | Ref. No. or File No.: |

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. ☒    Summons
    b. ☒    Complaint and Exhibit A
    c. ☒    Civil Cover Sheet with attachment
    d. ☒    Notice of Assignment to US Magistrate Judge
    e. ☒    Other *(specify documents):* Form AO 121(Copyright Report with Ex. A); Corporate Disclosure Statement and Notice of Interested Parties; Notice of Appearance (Sean Sullivan); Notice of Appearance (Katelyn Feliciano)

3. a. Party served *(specify name of party as shown on documents served):* ILOCKSPORTS LLC

    b. ☒    Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):* LEGALZOOM.COM, INC./ Agent for Service of Process, Angie R./ Authorized to accept service of process

4. **Address where the party was served:** 5OO N. BRAND BLVD., STE. 890, GLENDALE CA 91203

5. I served the party (check the proper box)
    a. ☒    **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 03/10/2025      (2) at *(time):* 12:00 p.m.

    b. ☐    **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) ☐    **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐    **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐    **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) ☐    I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on:
        *(date):*          from *(city):*          **or** ☐ a declaration of mailing is attached.

        (5) ☐    I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS &<br>COMPLAINT** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS LLC d/b/a outerlimitsiptv.com and outerlimitshosting.net | 2:25-cv-01841 |

5.  c. ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                               (2) from *(city):*

    (3) ☐    with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

    (4) ☐    to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐    **by other means** *(specify means of service and authorizing code section):*

    ☐    Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐   as an individual defendant.
  b. ☐   as the person sued under the fictitious name of *(specify):*
  c. ☐   as occupant.
  d. ☒ On behalf of *(specify):* ILOCKSPORTS LLC
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☒ other: LLC |

7.  **Person who served papers**
  a. Name: Gonzalo Ponce
  b. Address: 316 W. 2nd Street, Suite 110, Los Angeles, CA 90012
  c. Telephone number: (213) 922-9400
  d. **The fee** for service was: $
  e. I am:
    (1) ☐  not a registered California process server.
    (2) ☐  exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒  a registered California process server:
      (i) ☐ owner ☒ employee ☐ independent contractor.
      (ii) Registration No. 2018065827
      (iii) County: Los Angeles

8.  ☒  **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal, and** I certify that the foregoing is true and correct.

Date: March 10, 2025

Gonzalo Ponce
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE)

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS & COMPLAINT**

American LegalNet, Inc
www.FormsWorkflow.com