**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Scott R. Commerson (SBN227460) Sean M. Sullivan (SBN 229104) Katelyn A. Feliciano (SBN 350385); L. Danielle Toaltoan (NY B5074315) Davis Wright Tremaine LLP 350 South Grand Ave., 27ᵗʰ Floor, Los Angeles, CA 90071<br>TELEPHONE NO.: 213-633-6800   FAX NO. *(Optional):* 213-633-6899<br>E-MAIL ADDRESS *(Optional):* scottcommerson@dwt.com; seansullivan@dwt.com<br>ATTORNEY FOR *(Name):* AMAZON CONTENT SERVICES  LLC, et al. | |

| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS:  3470 Twelfth Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:  Riverside, CA 92501 |
| BRANCH NAME:  CENTRAL DISTRICT OF CALIFORNIA |

| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR, et al. | 5:25-cv-00685-JLS-DTB |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☒ Complaint and Exhibit A

   b. ☒ Civil Cover Sheet with Attachment

   c. ☒ Form AO 121 (Copyright Report with Ex. A)

   d. ☒ Corporate Disclosure Statement  and Notice of Interested Parties

   e. ☒ Notice of Appearance (Sean Sullivan)

   f. ☒ other *(specify documents):* Notice of Appearance (Katelyn Feliciano); Corporate Disclosure Statement and Notice of Interested Parties; Notice of Assignment to US Magistrate Judge; Issued Summons (DeBarr)

3. a. Party served *(specify name of party as shown on documents served):* ZACHARY ADAM-LAYNE DEBARR

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  24741 Washington Avenue, Murrieta CA 92562

5. I served the party (check proper box)

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 03/08/2025   (2) at *(time):* 11:19 AM

   b. ☐ **by substituted service.** On *(date):*              at *(time):*              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*              from *(city):*              **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR, et al. | 5:25-cv-00685-JLS-DTB |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: John Fernandez
  b. Address: 556 S. Fair Oaks Avenue # 305, Pasadena CA 91105
  c. Telephone number: (323) 547-6280
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 12, 2025

John Fernandez             ▶                                 
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)