SCOTT R. COMMERSON (CA Bar No. 227460)
  scottcommerson@dwt.com
SEAN M. SULLIVAN (CA Bar No. 229104)
  seansullivan@dwt.com
KATELYN A. FELICIANO (CA Bar No. 350385)
  katelynfeliciano@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

L. DANIELLE TOALTOAN (NY Bar No. 5074315), *pro hac vice*
  danielletoaltoan@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; PARAMOUNT PICTURES CORPORATION; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS LLC; and Does 1-10 d/b/a outerlimitsiptv.com and outerlimitshosting.net, <br><br> Defendants. | Case No. 5:25-cv-00685 JLS (DTBx) <br><br> **PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** <br><br> [*Filed concurrently herewith: Declaration of Scott Commerson in Support of Application for Entry of Default*] |

PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Amazon Content Services LLC, Apple Video Programming, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix US, LLC, Paramount Pictures Corporation, Universal City Studios Productions LLLP, Universal City Studios LLC, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs"), by and through their counsel of record, hereby request that the Clerk of the United States District Court for the Central District of California enter default in this matter against Defendants Zachary Adam-Layne DeBarr ("DeBarr") and iLocksports LLC ("iLockSports") (collectively "Defendants"), for failure to timely answer the Complaint.

On March 4, 2025, Plaintiffs filed the Complaint. Dkt. 1. On March 8, 2025, Plaintiffs personally served DeBarr. Dkt. 21; Declaration of Scott R. Commerson ("Commerson Decl.") ¶ 2. On March 10, 2025, Plaintiffs personally served iLockSports via its registered agent. Dkt. 12; Commerson Decl. ¶ 2. Accordingly, Defendants' deadline to answer or otherwise respond to the Complaint was March 31, 2025. Fed. R. 12(a)(1)(A)(i); Commerson Decl. ¶ 3. Defendants have failed to appear, answer, or otherwise defend the Complaint. *Id*. ¶ 4. Entry of default is therefore proper.

Plaintiffs' Application for Entry of Default against Defendants is supported by the accompanying Declaration of the undersigned counsel, Scott Commerson.

DATED: April 10, 2025

DAVIS WRIGHT TREMAINE LLP
SCOTT R. COMMERSON
SEAN M. SULLIVAN
KATELYN A. FELICIANO
L. DANIELLE TOALTOAN

By: */s/ Scott R. Commerson*
Scott R. Commerson
*Attorneys for Plaintiffs*

PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT

2