SCOTT R. COMMERSON (CA Bar No. 227460)
  scottcommerson@dwt.com
SEAN M. SULLIVAN (CA Bar No. 229104)
  seansullivan@dwt.com
KATELYN A. FELICIANO (CA Bar No. 350385)
  katelynfeliciano@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

L. DANIELLE TOALTOAN (NY Bar No. 5074315), *pro hac vice*
  danielletoaltoan@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; PARAMOUNT PICTURES CORPORATION; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS LLC; and Does 1-10 d/b/a outerlimitsiptv.com and outerlimitshosting.net, <br><br> Defendants. | Case No. 5:25-cv-00685 JLS (DTBx) <br><br> **DECLARATION OF SCOTT R. COMMERSON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT** <br><br> [*Filed concurrently herewith: Plaintiffs' Application for Entry of Default*] |

DECL. OF SCOTT R. COMMERSON ISO APPLICATION
FOR ENTRY OF DEFAULT

I, Scott Commerson, declare as follows:

1. I am a Partner at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon Content Services LLC, Apple Video Programming, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix US, LLC, Paramount Pictures Corporation, Universal City Studios Productions LLLP, Universal City Studios LLC, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") in the above-entitled litigation. I submit this declaration in support of Plaintiffs' Application for Entry of Default against Defendants Zachary Adam-Layne DeBarr ("DeBarr") and iLocksports LLC ("iLockSports") (collectively "Defendants"). I am over 18 years of age. The statements made below are true to the best of my knowledge and belief. If called to testify as a witness, I could and would testify competently to the facts stated in this declaration.

2. On March 8, 2025, Plaintiffs personally served DeBarr. Dkt. 21 (proof of service). On March 10, 2025, Plaintiffs personally served iLockSports via its registered agent. Dkt. 12 (proof of service).

3. Defendants' deadline to answer or otherwise respond to the Complaint was March 31, 2025.

4. As of the filing of this Declaration, Defendants have not appeared, answered, or otherwise defended the Complaint.

5. To the best of my knowledge, Defendants are not infants, incompetent individuals, or subject to the Servicemembers Civil Relief Act, 50 U.S.C. App. § 521.

6. No counsel has entered an appearance in this case for Defendants. Defendants have not appeared *pro se*.

//

//

//

2

DECL. OF SCOTT R. COMMERSON ISO APPLICATION
FOR ENTRY OF DEFAULT

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 10th day of April, 2025 at Los Angeles, California.

_____
Scott R. Commerson

3

DECL. OF SCOTT R. COMMERSON ISO APPLICATION
FOR ENTRY OF DEFAULT

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899