SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
KATELYN A. FELICIANO (State Bar No. 350385)
  katelynfeliciano@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

L. DANIELLE TOALTOAN (NY Bar No. 5074315), *pro hac vice*
  danielletoaltoan@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; PARAMOUNT PICTURES CORPORATION; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS LLC; and Does 1-10 d/b/a outerlimitsiptv.com and outerlimitshosting.net, <br><br> Defendants. | Case No. **5:25-cv-00685-JLS (DTBx)** <br><br> **DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** <br><br> Date: August 8, 2025 <br> Time: 10:30 AM <br> Dept.: Courtroom 8A <br><br> Assigned to the Hon. Josephine L. Staton <br><br> Action Filed: March 4, 2025 |

I, Scott Commerson, declare and state as follows:

1.      I am a Partner at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon Content Services LLC, Apple Video Programming LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix US, LLC, Paramount Pictures Corporation, Universal City Studios Productions LLLP, Universal City Studios LLC, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") in the above-entitled litigation. The statements made below are true to the best of my knowledge and belief, and if called upon I could competently testify to them. I submit this declaration in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants ("Motion").

2.      On March 4, 2025, Plaintiffs initiated this action. ECF No. 1.

3.      On March 8, 2025, at 11:19 a.m., Defendant Zachary DeBarr ("DeBarr") was personally served with the Summons and Complaint. ECF No. 21.

4.      On March 10, 2025, at 12:00 p.m., Defendant iLockSports LLC ("iLockSports") was personally served through its registered agent. ECF No. 12.

5.      On April 18, 2025, the Clerk of Court entered default against Defendants for failure to answer or otherwise to defend against this litigation. ECF No. 25.

6.      Plaintiffs mailed a copy of the Motion for Entry of Default to Defendants at their last known address. Defendants did not respond to the Motion.

7.      Plaintiffs are mailing the instant Motion and accompanying documents to Defendants at the addresses where they were served. Defendants did not respond.

8.      To the best of my knowledge, Defendants are not infants, incompetent persons, or subject to the Servicemembers Civil Relief Act.

1

DECL. OF SCOTT COMMERSON ISO PLAINTIFFS' FOR DEFAULT
JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS

*Damages in this Matter*

9.    The copyrighted works (the "Copyrighted Works") listed in Exhibit A to the Complaint in this action are owned or controlled by Plaintiffs or their affiliates.

10.    Attached hereto as Exhibits 1 through 100 are true and correct copies of the copyright certificates for each of the Copyrighted Works.

11.    Plaintiffs request a total of $15,000,000 in statutory damages under the Copyright Act, representing an award of $150,000 for each of the 100 Copyrighted Works listed in Exhibit A to the Complaint.

12.    Pursuant to Local Rule, 55-3, Plaintiffs request attorneys' fees of $303,600. Local Rule 55-3 provides that where the amount of judgment is over $100,000, an award of attorneys' fees should be made in the amount of $5,600 plus two percent of the amount over $100,000. L.R. 55-3. As the amount of the judgment is $15,000,000, the rule dictates an award of $5,600 plus $298,000, for a total of $303,600.

*Defendants' Conduct Demonstrates Their Likely*

*Awareness of This Lawsuit and the Wrongfulness of Their Conduct*

13.    As alleged in the concurrently-filed Declaration of Bryan Willett in support of Plaintiffs' Motion, I understand that the Motion Picture Association ("MPA") sent DeBarr a notice letter in September 2020 demanding that he cease operating Outer Limits. I understand that Plaintiffs followed up with DeBarr several times in late 2020 and early 2021, via phone calls and correspondence to DeBarr's email address, itruststream@gmail.com.

14.    I understand that Plaintiffs were unable to reach a resolution with DeBarr. I understand that in November 2020, while the parties' discussions were continuing, Outer Limits went temporarily offline. I understand that by August 2021, the Motion Picture Association's investigators discovered that DeBarr had reactivated Outer Limits and continued to operate infringing services.

2

DECL. OF SCOTT COMMERSON ISO PLAINTIFFS' FOR DEFAULT
JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

15. I understand that Plaintiffs sent DeBarr another notice in May 2024. DeBarr never responded.

16. Almost immediately after Plaintiffs filed their Complaint on March 4, 2025, Defendants' conduct demonstrated their awareness of this lawsuit.

17. For example, days after Plaintiffs initiated this case, Defendants modified, took down, or blocked access to Outer Limits.

18. Despite their apparent awareness of Plaintiffs' Complaint and their infringing conduct, Defendants have never made any attempts to communicate with our firm regarding this matter.

19. As of the filing of this Declaration, Defendants have not answered or otherwise responded to the Complaint.

20. No counsel has entered an appearance in this case for Defendants. Defendants also have not appeared pro se.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 3rd day of July, 2025, at Los Angeles, California.


*/s/ Scott Commerson*
Scott R. Commerson

DECL. OF SCOTT COMMERSON ISO PLAINTIFFS' FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT INDEX**

**DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS**

| Ex. | Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|---|
| Ex. 1 | My Best Friend's Exorcism | Amazon Content Services LLC | PA 2-373-772 | October 4, 2022 |
| Ex. 2 | The Aeronauts | Amazon Content Services LLC | PA 2-217-615 | December 10, 2019 |
| Ex. 3 | All the Old Knives | Amazon Content Services LLC | PA 2-344-205 | April 7, 2022 |
| Ex. 4 | Beautiful Boy | Amazon Content Services LLC | PA 2-128-238 | October 12, 2018 |
| Ex. 5 | Black Box | Amazon Content Services LLC | PA 2-260-261 | October 9, 2020 |
| Ex. 6 | Goodnight Mommy | Amazon Content Services LLC | PA 2-372-501 | September 26, 2022 |
| Ex. 7 | My Policeman | Amazon Content Services LLC | PA 2-377-805 | October 31, 2022 |
| Ex. 8 | Red, White & Royal Blue | Amazon Content Services LLC | PA 2-424-655 | August 11, 2023 |
| Ex. 9 | Totally Killer | Amazon Content Services LLC | PA 2-441-278 | November 19, 2023 |
| Ex. 10 | Wonderstruck | Amazon Content Services LLC | PA 2-069-723 | November 22, 2017 |
| Ex. 11 | A Million Miles Away | Amazon Content Services LLC | PA 2-440-707 | October 6, 2023 |
| Ex. 12 | Emancipation | Apple Video Programming LLC | PA 2-404-994 | February 27, 2023 |
| Ex. 13 | Spirited | Apple Video Programming LLC | PA 2-403-473 | February 17, 2023 |
| Ex. 14 | Raymond & Ray | Apple Video Programming LLC | PA 2-378-378 | November 2, 2022 |
| Ex. 15 | Killers of the Flower Moon | Apple Video Programming LLC | PA 2-452-739 | January 11, 2024 |
| Ex. 16 | Silo, S1E1 Freedom Day | Apple Video Programming LLC | PA 2-429-989 | July 30, 2023 |

1

| Ex. | Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|---|
| Ex. 17 | Napoleon | Apple Video Programming LLC | PA 2-470-162 | February 1, 2024 |
| Ex. 18 | Criminal Record, S1E1 Emergency Caller | Apple Video Programming LLC | PA 2-464-704 | March 26, 2024 |
| Ex. 19 | The New Look, S1E1 Just You Wait and See | Apple Video Programming LLC | PA 2-468-957 | April 23, 2024 |
| Ex. 20 | Palm Royale, S1E1 Pilot | Apple Video Programming LLC | PA 2-479-446 | July 19, 2024 |
| Ex. 21 | Sugar, S1E1 Olivia | Apple Video Programming LLC | PA 2-482-236 | July 5, 2024 |
| Ex. 22 | Black Bird, S1E1 Pilot | Apple Video Programming LLC | PA 2-368-767 | September 2, 2022 |
| Ex. 23 | Lessons in Chemistry, S1E1 Little Miss Hastings | Apple Video Programming LLC | PA 2-452-884 | January 11, 2024 |
| Ex. 24 | The Buccaneers, S1E1 American Poison | Apple Video Programming LLC | PA 2-458-032 | February 6, 2024 |
| Ex. 25 | Fly Me to the Moon | Apple Video Programming LLC | PA 2-498-100 | October 8, 2024 |
| Ex. 26 | Men in Black | Columbia Picture Industries, Inc. | PA 845-156 | July 10, 1997 |
| Ex. 27 | Bad Boys | Columbia Picture Industries, Inc. | PA 699-273 | May 2, 1995 |
| Ex. 28 | After Earth | Columbia Picture Industries, Inc. | PA 1-841-452 | May 31, 2013 |
| Ex. 29 | The Amazing Spiderman | Columbia Picture Industries, Inc. | PA 1-793-261 | June 29, 2012 |
| Ex. 30 | Jumanji: Welcome to the Jungle | Columbia Picture Industries, Inc. | PA 2-072-805 | January 25, 2018 |
| Ex. 31 | Jumanji: The Next Level | Columbia Picture Industries, Inc. | PA 2-221-398 | January 10, 2020 |
| Ex. 32 | Just Go With It | Columbia Picture Industries, Inc. | PA 1-718-291 | February 10, 2011 |
| Ex. 33 | The Karate Kid | Columbia Picture Industries, Inc. | PA 216-986 | July 6, 1986 |
| Ex. 34 | Miracles from Heaven | Columbia Picture Industries, Inc. | PA 1-981-803 | April 7, 2016 |

| Ex. | Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|---|
| Ex. 35 | Venom: Let There Be Carnage | Columbia Picture Industries, Inc. (Tencent Pictures (USA) LLC*)[1] | PA 2-315-928 | October 8, 2021 |
| Ex. 36 | Ghostbusters: Afterlife | Columbia Picture Industries, Inc. (BRON Creative USA, Corp.*) | PA 2-324-147 | November 30, 2021 |
| Ex. 37 | Bullet Train (2022) | Columbia Picture Industries, Inc. (TSG Entertainment II LLC*) | PA 2-364-879 | August 17, 2022 |
| Ex. 38 | Bad Boys: Ride or Die | Columbia Picture Industries, Inc. (TSG Entertainment II LLC*) | PA 2-476-747 | June 18, 2024 |
| Ex. 39 | Jungle Cruise | Disney Enterprises, Inc. | PA 2-306-091 | August 5, 2021 |
| Ex. 40 | The Little Mermaid (2023) | Disney Enterprises, Inc. | PA 2-415-610 | June 12, 2023 |
| Ex. 41 | Alice Through the Looking Glass | Disney Enterprises, Inc. | PA 1-991-651 | June 28, 2016 |
| Ex. 42 | Cruella | Disney Enterprises, Inc. | PA 2-301-564 | July 15, 2021 |
| Ex. 43 | Frozen II | Disney Enterprises, Inc. | PA 2-217-415 | December 12, 2019 |
| Ex. 44 | The Lion King (2019) | Disney Enterprises, Inc. | PA 2-193-489 | August 7, 2019 |
| Ex. 45 | Maleficent | Disney Enterprises, Inc. | PA 1-899-203 | June 10, 2014 |
| Ex. 46 | Mary Poppins Returns | Disney Enterprises, Inc. | PA 2-146-985 | January 10, 2019 |
| Ex. 47 | Pirates of the Caribbean, At World's End | Disney Enterprises, Inc. | PA 1-334-112 | July 13, 2007 |
| Ex. 48 | Moana | Disney Enterprises, Inc. | PA 2-012-015 | December 20, 2016 |
| Ex. 49 | Moana 2 | Disney Enterprises, Inc. | PA 2-506-063 | December 12, 2024 |

[1] Copyright registrants marked with an asterisk are co-owners of the titled works.

3

| Ex. | Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|---|
| Ex. 50 | Brazen | Netflix US LLC | PA 2-339-883 | January 21, 2022 |
| Ex. 51 | Look Both Ways | Netflix US LLC | PA 2-368-931 | August 24, 2022 |
| Ex. 52 | The Old Guard | Netflix US LLC | PA 2-258-345 | July 20, 2020 |
| Ex. 53 | Eurovision Song Contest: The Story of Fire Saga | Netflix US LLC | PA 2-261-556 | August 6, 2020 |
| Ex. 54 | Day Shift | Netflix US LLC | PA 2-368-933 | August 22, 2022 |
| Ex. 55 | Extraction | Netflix US LLC | PA 2-256-068 | July 8, 2020 |
| Ex. 56 | Extraction 2 | Netflix US LLC | PA 2-424-253 | June 21, 2023 |
| Ex. 57 | Blonde | Netflix US LLC | PA 2-379-823 | October 3, 2022 |
| Ex. 58 | Rescued by Ruby | Netflix US LLC | PA 2-350-236 | March 31, 2022 |
| Ex. 59 | The Good Nurse | Netflix US LLC | PA 2-386-954 | November 4, 2022 |
| Ex. 60 | Mank | Netflix US LLC | PA 2-275-480 | December 11, 2020 |
| Ex. 61 | Top Gun: Maverick | Paramount Pictures Corporation | PA 2-351-572 | May 31, 2022 |
| Ex. 62 | 10 Cloverfield Lane | Paramount Pictures Corporation | PA 1-978-288 | March 14, 2016 |
| Ex. 63 | Clueless | Paramount Pictures Corporation | PA 762-634 | September 18, 1988 |
| Ex. 64 | Coming to America | Paramount Pictures Corporation | PA 376-420 | July 12, 1988 |
| Ex. 65 | Downsizing | Paramount Pictures Corporation | PA 2-068-615 | December 22, 2017 |
| Ex. 66 | Forrest Gump | Paramount Pictures Corporation | PA 726-079 | September 22, 1994 |
| Ex. 67 | Indecent Proposal | Paramount Pictures Corporation | PA 610-723 | May 7, 1993 |
| Ex. 68 | Infinite | Paramount Pictures Corporation | PA 2-296-127 | June 10, 2021 |
| Ex. 69 | Jack Reacher | Paramount Pictures Corporation | PA 1-817-771 | December 21, 2012 |
| Ex. 70 | Like a Boss | Paramount Pictures Corporation | PA 2-221-396 | January 13, 2020 |
| Ex. 71 | Mean Girls | Paramount Pictures Corporation | PA 1-233-942 | July 12, 2004 |
| Ex. 72 | Mission: Impossible | Paramount Pictures Corporation | PA 800-002 | June 17, 1996 |

4

| Ex. | Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|---|
| Ex. 73 | Mission Impossible – Rogue Nation | Paramount Pictures Corporation | VA 1-977-456 | June 30, 2015 |
| Ex. 74 | Gladiator II | Paramount Pictures Corporation | PA 2-506-548 | December 20, 2024 |
| Ex. 75 | Back to the Future | Universal City Studios LLC | PA 266-708 | October 15, 1985 |
| Ex. 76 | Jurassic World: Fallen Kingdom | Universal City Studios Productions LLLP (Amblin Entertainment*) | PA 2-146-543 | June 19, 2018 |
| Ex. 77 | Knocked Up | Universal City Studios Productions LLLP | PA 1-375-523 | May 31, 2007 |
| Ex. 78 | The Secret Life of Pets | Universal City Studios Productions LLLP | PA 1-992-458 | June 24, 2016 |
| Ex. 79 | Identity Thief | Universal City Studios Productions LLLP | PA 1-833-795 | February 8, 2013 |
| Ex. 80 | The Danish Girl | Universal City Studios Productions LLLP | PA 1-968-106 | November 30, 2015 |
| Ex. 81 | Despicable Me 3 | Universal City Studios Productions LLLP | PA 2-043-544 | June 27, 2017 |
| Ex. 82 | Fast & Furious Presents: Hobbs & Shaw | Universal City Studios Productions LLLP | PA 2-192-296 | July 31, 2019 |
| Ex. 83 | The Invisible Man | Universal City Studios Productions LLLP | PA 2-230-559 | February 26, 2020 |
| Ex. 84 | Jason Bourne | Universal City Studios Productions LLLP | PA 2-002-679 | August 8, 2016 |
| Ex. 85 | Jurassic World | Universal City Studios Productions LLLP (Amblin Entertainment*) | PA 1-946-359 | June 10, 2015 |
| Ex. 86 | Minions: The Rise of Gru | Universal City Studios Productions LLLP | PA 2-369-070 | June 27, 2022 |
| Ex. 87 | Wicked | Universal City Studios Productions LLLP | PA 2-502-409 | November 20, 2024 |
| Ex. 88 | Barbie | Warner Bros. Entertainment, Inc. | PA 2-421-392 | July 21, 2023 |

| Ex. | Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|---|
| Ex. 89 | Batman v. Superman: Dawn of Justice | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 1-981-624 | March 30, 2016 |
| Ex. 90 | Dunkirk | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 2-044-585 | July 20, 2017 |
| Ex. 91 | Gravity | Warner Bros. Entertainment, Inc. | PA 1-398-100 | April 12, 2016 |
| Ex. 92 | Harry Potter and the Deathly Hallows Part 1 | Warner Bros. Entertainment, Inc. | PA 1-721-904 | March 4, 2011 |
| Ex. 93 | Harry Potter and the Deathly Hallows Part 2 | Warner Bros. Entertainment, Inc. | PA 1-742-099 | July 22, 2011 |
| Ex. 94 | Harry Potter and the Half Blood Prince | Warner Bros. Entertainment, Inc. | PA 1-647-906 | October 23, 2009 |
| Ex. 95 | Harry Potter and the Order of the Pheonix | Warner Bros. Entertainment, Inc. | PA 1-355-547 | September 21, 2007 |
| Ex. 96 | The Little Things | Warner Bros. Entertainment, Inc. | PA 2-274-728 | January 27, 2021 |
| Ex. 97 | The Suicide Squad (2021) | Warner Bros. Entertainment, Inc. | PA 2-304-248 | July 28, 2021 |
| Ex. 98 | The Suicide Squad (2016) | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 1-995-698 | August 4, 2016 |
| Ex. 99 | Tenet | Warner Bros. Entertainment, Inc. | PA 2-262-782 | October 27, 2020 |
| Ex. 100 | Wonder Woman | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 2-036-078 | June 6, 2017 |

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-373-772

**Effective Date of Registration:**
October 04, 2022
**Registration Decision Date:**
October 05, 2022

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | MY BEST FRIEND'S EXORCISM (Feature Motion Picture) |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | September 29, 2022 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | Endeavor Content, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Amazon Content Services LLC<br>410 Terry Ave N, Seattle, WA, 98109, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim
_____

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | PA 2-334-675, 2021 |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions
_____

| | |
|---|---|
| **Organization Name:** | Amazon Content Services LLC |
| **Address:** | 410 Terry Ave N<br>Seattle, WA 98109 United States |

Page 1 of 2

## Certification

**Name:**  Hana Meglic
**Date:**  October 04, 2022

**Correspondence:**  Yes

# EXHIBIT 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-217-615

**Effective Date of Registration:**
December 10, 2019
**Registration Decision Date:**
December 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | THE AERONAUTS (Feature Motion Picture) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 06, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Amazon Content Services LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amazon Content Services LLC |
| | 410 Terry Ave N, Seattle, WA, 98109, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | PAu003985131, 2019 |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Amazon Content Services LLC |
| **Address:** | 410 Terry Ave N |
| | Seattle, WA 98109 United States |

Page 1 of 2

## Certification

**Name:** Hana Meglic
**Date:** December 06, 2019

**Correspondence:** Yes

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-344-205

**Effective Date of Registration:**
April 07, 2022
**Registration Decision Date:**
April 08, 2022

## Title
_____

**Title of Work:**   ALL THE OLD KNIVES (Feature Motion Picture)

## Completion/Publication
_____

**Year of Completion:**   2022
**Date of 1st Publication:**   April 07, 2022
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Amazon Content Services LLC
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Amazon Content Services LLC
410 Terry Ave N, Seattle, WA, 98109, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:**   script/screenplay, preexisting music
**Previous registration and year:**   PAu004057542, 2020-11-18

**New material included in claim:**   all other cinematographic material

## Rights and Permissions
_____

**Organization Name:**   Amazon Content Services LLC
**Address:**   410 Terry Ave N
Seattle, WA 98109 United States

Page 2 of 2

## Certification

          **Name:**  Hana Meglic
            **Date:**  April 07, 2022

        **Correspondence:**  Yes

# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-128-238**

**Effective Date of Registration:**
October 12, 2018

## Title

**Title of Work:** BEAUTIFUL BOY (Feature Motion Picture)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 10, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Amazon Content Services LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Amazon Content Services LLC
410 Terry Ave N, Seattle, WA, 98109, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Amazon Content Services LLC
**Address:** 410 Terry Ave N
Seattle, WA 98109 United States

## Certification

**Name:** Hana Meglic

Page 1 of 2

Date:   October 11, 2018

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## PA 2-260-261

**Effective Date of Registration:**
October 09, 2020

**Registration Decision Date:**
October 10, 2020

## Title

**Title of Work:**    BLACK BOX (Feature Motion Picture)

## Completion/Publication

**Year of Completion:**    2020
**Date of 1st Publication:**    October 06, 2020
**Nation of 1st Publication:**    United States

## Author

•    **Author:**    Amazon Content Services LLC
**Author Created:**    entire motion picture
**Work made for hire:**    Yes
**Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Amazon Content Services LLC
410 Terry Ave N, Seattle, WA, 98109, United States

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting music

**New material included in claim:**    all other cinematographic material

## Rights and Permissions

**Organization Name:**    Amazon Content Services LLC
**Address:**    410 Terry Ave N
Seattle, WA 98109 United States

## Certification

**Name:**   Hana Meglic
**Date**:   October 09, 2020

**Correspondence:**   Yes

# EXHIBIT 6

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-372-501

**Effective Date of Registration:**
September 26, 2022
**Registration Decision Date:**
September 27, 2022

---

## Title
_____

**Title of Work:** GOODNIGHT MOMMY (Feature Motion Picture)

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** September 15, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Amazon Content Services LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Amazon Content Services LLC
410 Terry Ave N, Seattle, WA, 98109, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** PAu004082796, 2021

**New material included in claim:** all other cinematographic material

## Rights and Permissions
_____

**Organization Name:** Amazon Content Services LLC
**Address:** 410 Terry Ave N
Seattle, WA 98109 United States

Page 1 of 2

## Certification

        **Name:**   Hana Meglic
        **Date:**   September 26, 2022

    **Correspondence:**   Yes

# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-377-805

**Effective Date of Registrat**
October 31, 2022
**Registration Decision Date**
November 01, 2022

## Title

**Title of Work:**  MY POLICEMAN (Feature Motion Picture)

## Completion/Publication

**Year of Completion:**  2022
**Date of 1st Publication:**  October 22, 2022
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Amazon Content Services LLC
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Amazon Content Services LLC
410 Terry Ave N, Seattle, WA, 98109, United States

## Limitation of copyright claim

**Material excluded from this claim:**  preexisting music

**New material included in claim:**  all other cinematographic material

## Rights and Permissions

**Organization Name:**  Amazon Content Services LLC
**Address:**  410 Terry Ave N
Seattle, WA 98109 United States

## Certification

**Name:** Hana Meglic
**Date:** October 31, 2022

**Correspondence:** Yes

# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-424-655

**Effective Date of Registration:**
August 11, 2023
**Registration Decision Date:**
August 11, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | RED, WHITE & ROYAL BLUE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | August 11, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Amazon Content Services LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amazon Content Services LLC |
| | 410 Terry Ave N, Seattle, WA, 98109, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Amazon Content Services LLC |
| **Address:** | 410 Terry Ave N |
| | Seattle, WA 98109 United States |

## Certification

**Name:**    Chelsea Sadler
**Date**:    August 11, 2023

**Correspondence:**    Yes

# EXHIBIT 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-441-278

**Effective Date of Registration:**
November 19, 2023
**Registration Decision Date:**
November 22, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | TOTALLY KILLER |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | October 05, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Amazon Content Services LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amazon Content Services LLC |
| | 410 Terry Ave N, Seattle, WA, 98109, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Amazon Content Services LLC |
| **Address:** | 410 Terry Ave N |
| | Seattle, WA 98109 United States |

## Certification

**Name:**  Hana Meglic
**Date:**  October 13, 2023

# EXHIBIT 10



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tergh Claygett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-069-723

**Effective Date of Registration:**
November 22, 2017

## Title

| | |
|---|---|
| **Title of Work:** | WONDERSTRUCK (Feature Motion Picture) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 20, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Amazon Content Services LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amazon Content Services LLC |
| | 410 Terry Ave N, Seattle, WA, 98109, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | PAu 3-824-016, 2016 |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Amazon Content Services LLC |
| **Address:** | 410 Terry Ave N |
| | Seattle, WA 98109 United States |

## Certification

Page 1 of 2

Case 5:25-cv-00685-JLS-DTB    Document 30-1    Filed 07/03/25    Page 40 of 293    Page ID #:179

**Name:**  Valerie Lam
**Date:**  November 14, 2017

**Correspondence:**  Yes

Page 2 of 2

# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## PA 2-440-707

**Effective Date of Registration:**
October 06, 2023
**Registration Decision Date:**
November 17, 2023

## Title

**Title of Work:**    A MILLION MILES AWAY

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    September 14, 2023
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Amazon Content Services LLC
**Author Created:**    entire motion picture
**Work made for hire:**    Yes
**Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Amazon Content Services LLC
410 Terry Ave N, Seattle, WA, 98109, United States

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:**    all other cinematographic material

## Rights and Permissions

**Organization Name:**    Amazon Content Services LLC
**Address:**    410 Terry Ave N
Seattle, WA 98109 United States

## Certification

**Name:**  Hana Meglic
**Date:**   October 06, 2023

# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-404-994

**Effective Date of Registration:**
February 27, 2023
**Registration Decision Date:**
April 03, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Emancipation |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | December 02, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC |
| | 8600 Hayden Place, Culver City, CA, 90232 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, Pre-existing artwork |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | February 27, 2023 |
| **Applicant's Tracking Number:** | CR018248 - KT1365634 |

# EXHIBIT 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-403-473

**Effective Date of Registration:**
February 17, 2023
**Registration Decision Date:**
March 27, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Spirited |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 18, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC |
| | 8600 Hayden Place, Culver City, CA, 90232 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, preexisting artwork |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | February 17, 2023 |
| **Applicant's Tracking Number:** | CR018189 - KT1360577 |

# EXHIBIT 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-378-378

**Effective Date of Registration:**
November 02, 2022
**Registration Decision Date:**
November 03, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Raymond & Ray |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | October 21, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC<br>8600 Hayden Place, Culver City, CA, 90232 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, pre-existing artwork |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | November 02, 2022 |
| **Applicant's Tracking Number:** | CR018157 - KT1357987 |

**Correspondence:** Yes

# EXHIBIT 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-452-739

**Effective Date of Registration:**
January 11, 2024
**Registration Decision Date:**
February 01, 2024

---

## Title

**Title of Work:**   Killers of the Flower Moon

## Completion/Publication

**Year of Completion:**   2023
**Date of 1st Publication:**   October 20, 2023
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Apple Video Programming LLC
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Apple Video Programming LLC
8600 Hayden Place, Culver City, CA, 90232

## Limitation of copyright claim

**Material excluded from this claim:**   preexisting footage, preexisting photograph(s), preexisting music, Pre-existing artwork

**New material included in claim:**   all other cinematographic material

## Certification

**Name:**   Sue Carroll
**Date:**   January 11, 2024
**Applicant's Tracking Number:**   CR019201 - KT1415815

Page 1 of 2

# EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-429-989

**Effective Date of Registration:**
July 30, 2023
**Registration Decision Date:**
September 12, 2023

---

## Title

**Title of Work:** Silo (E101) Freedom Day

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 05, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Apple Video Programming LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Apple Video Programming LLC
8600 Hayden Place, Culver City, CA, 90232

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music, Pre-existing artwork

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Sue Carroll
**Date:** July 30, 2023
**Applicant's Tracking Number:** CR018750 - KT1388987

Page 1 of 2

# EXHIBIT 17



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-470-162

**Effective Date of Registration:**
February 01, 2024
**Registration Decision Date:**
May 09, 2024

---

## Title

        **Title of Work:**  Napoleon

## Completion/Publication

      **Year of Completion:**  2023
   **Date of 1st Publication:**  November 22, 2023
  **Nation of 1st Publication:**  United States

## Author

      •      **Author:**  Apple Video Programming LLC
     **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
      **Domiciled in:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Apple Video Programming LLC
                      8600 Hayden Place, Culver City, CA, 90232

## Limitation of copyright claim

  **Material excluded from this claim:**  preexisting footage, preexisting photograph(s), preexisting music, Pre-existing artwork

  **New material included in claim:**  all other cinematographic material

## Certification

            **Name:**  Sue Carroll
            **Date:**  February 01, 2024
  **Applicant's Tracking Number:**  CR019227 - KT1418292

**Correspondence:**   Yes

# EXHIBIT 18

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-464-704

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
April 10, 2024

---

## Title

**Title of Work:** Criminal Record E101 Emergency Caller

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 10, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Apple Video Programming LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Apple Video Programming LLC
8600 Hayden Place, Culver City, CA, 90232

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Sue Carroll
**Date:** March 26, 2024
**Applicant's Tracking Number:** CR019280 - KT1427735

---

Page 1 of 1

# EXHIBIT 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-468-957

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
May 03, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The New Look E101 Just You Wait and See |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | February 14, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC |
| | 8600 Hayden Place, Culver City, CA, 90232 |

---

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, Preexisting artwork |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | April 23, 2024 |
| **Applicant's Tracking Number:** | CR019453 - KT1436143 |

# EXHIBIT 20

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-479-446

**Effective Date of Registration:**
June 19, 2024
**Registration Decision Date:**
July 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Palm Royale E101 Pilot |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | March 20, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC<br>8600 Hayden Place, Culver City, CA, 90232 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, preexisting artwork |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | June 19, 2024 |
| **Applicant's Tracking Number:** | CR019509 - KT1440233 |

# EXHIBIT 21

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-482-236

**Effective Date of Registration:**
July 05, 2024
**Registration Decision Date:**
July 24, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Sugar E101 Olivia |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 05, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC |
| | 8600 Hayden Place, Culver City, CA, 90232 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, preexisting artwork |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | July 05, 2024 |
| **Applicant's Tracking Number:** | CR019588 - KT1445016 |

# EXHIBIT 22

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-368-767

**Effective Date of Registration:**
September 02, 2022
**Registration Decision Date:**
September 06, 2022

---

## Title
_____

**Title of Work:** Black Bird - Episode 1 - Pilot

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** July 07, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Apple Video Programming LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Apple Video Programming LLC
8600 Hayden Place, Culver City, CA, 90232

## Limitation of copyright claim
_____

**Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music, Pre-existing artwork

**New material included in claim:** all other cinematographic material

## Certification
_____

**Name:** Sue Carroll
**Date:** September 02, 2022
**Applicant's Tracking Number:** CR017882 - KT1336507

**Correspondence:**   Yes

# EXHIBIT 23

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-452-884

**Effective Date of Registration:**
January 11, 2024
**Registration Decision Date:**
February 02, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Lessons in Chemistry E101 Little Miss Hastings |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | October 13, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC |
| | 8600 Hayden Place, Culver City, CA, 90232 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, Pre-existing artwork |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | January 11, 2024 |
| **Applicant's Tracking Number:** | CR019202 - KT1415756 |

# EXHIBIT 24

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-458-032

**Effective Date of Registration:**
February 06, 2024
**Registration Decision Date:**
March 05, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Buccaneers E101 American Poison |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | November 08, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Video Programming LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Video Programming LLC |
| | 8600 Hayden Place, Culver City, CA, 90232 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | February 06, 2024 |
| **Applicant's Tracking Number:** | CR019232 - KT1418285 |

# EXHIBIT 25

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-498-100

**Effective Date of Registration:**
October 08, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
_____

Title of Work: Fly Me to the Moon

## Completion/Publication
_____

Year of Completion: 2024
Date of 1st Publication: July 12, 2024
Nation of 1st Publication: United States

## Author
_____

- Author: Apple Video Programming LLC
Author Created: entire motion picture
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Apple Video Programming LLC
8600 Hayden Place, Culver City, CA, 90232

## Limitation of copyright claim
_____

Material excluded from this claim: preexisting footage, preexisting photograph(s), preexisting music, preexisting artwork

New material included in claim: all other cinematographic material

## Certification
_____

Name: Sue Carroll
Date: October 08, 2024
Applicant's Tracking Number: CR019770 - KT1463027

Page 1 of 2

# EXHIBIT 26

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 845-156**

*PA0000845156*

EFFECTIVE DATE OF REGISTRATION

July 10, 1997

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

MEN IN BLACK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MIB

**NATURE OF THIS WORK ▼**    See instructions

Motion Picture

## 2    a

**NAME OF AUTHOR ▼**
Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work (see Space 6)

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a ...

## 3    a

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1997 ◀ Year
This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 2    Year ▶ 1997
USA    ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
Columbia Pictures Industries, Inc.
10202 W. Washington Blvd.
Culver City, California  90232-3195

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 10 1997
ONE DEPOSIT RECEIVED
JUL 10 1997 (6) 35mm/L
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ 2 ___ pages

EXAMINED BY   D BC | | g

CHECKED BY

☐ CORRESPONDENCE Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**FORM PA**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**   **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on the Malibu comic, "The Men In Black" by Lowell Cunningham (VA 543-319); previously published film clips; unpublished original music for the picture & some musical compositions & sound recordings previously published.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**6**

See Instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                              **Account Number ▼**

Sony Pictures Entertainment                             DA #072443

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

See Space 9

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶  (310) 244-7553

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ Columbia Pictures Industries, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gayle McDonald                           date ▶   7-7-97

Handwritten signature (X) ▼   *Gayle McDonald*

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼  Gayle McDonald
        Columbia Pictures Industries, Inc.
Number/Street/Apartment Number ▼
        10202 W. Washington Blvd.
City/State/ZIP ▼
        Culver City, CA. 90232-3195

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 27

# CERTIFICATE OF REGISTRATION

**UNITED STATES COPYRIGHT OFFICE**

**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE



**REGISTRATION NUMBER**

**PA 699-273**

( PA )

**EFFECTIVE DATE OF REGISTRATION**

5 / 2 / 95
Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

BAD BOYS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

---

**2**  **a**  **NAME OF AUTHOR ▼**

Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire?"
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire Work (see Space 6)

**NOTE**
Under the law, the "author" of a work...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire?"
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire?"
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1995 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ April  Day ▶ 7  Year ▶ 1995
United States ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Columbia Pictures Industries, Inc.
10202 W. Washington Blvd.
Culver City, California  90232-3195

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE OFFICE USE ONLY**

**APPLICATION RECEIVED**
MAY 0 2 1995
**ONE DEPOSIT RECEIVED**
MAY 1 95
**TWO DEPOSITS RECEIVED**
MAY 0 2 1995
**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of _____ pages

*This form was electronically produced by Elite Federal Forms' Forms Manager*

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Original music for the picture which has been registered as unpublished and some musical compositions and sound recordings previously published.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**6**

See instructions before completing this space.

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                   Account Number ▼

Sony Pictures Entertainment            DA #072443

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

See Space 9

Area Code & Telephone Number ▶    (310) 280-7553

**7**

Be sure to give your daytime phone number ◀

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Columbia Pictures Industries, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gayle McDonald                          date ▶ April 26, 1995

Handwritten signature (X) ▼

**8**

MAIL CERTIFICATE TO

Name ▼
Gayle McDonald
Columbia Pictures Industries, Inc.

Number/Street/Apartment Number ▼
10202 W. Washington Blvd.

City/State/ZIP ▼
Culver City, CA  90232-3195

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1991—200,000

# EXHIBIT 28

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-841-452

**Effective date of registration:**

May 31, 2013

## Title

| | |
|---|---|
| **Title of Work:** | AFTER EARTH |
| **Previous or Alternative Title:** | 1000 A.E. |
| | One Thousand A.E. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | May 30, 2013 |
| **Nation of 1st Publication:** | Korea (South) |
| **Preregistration:** | PRE000006137 |

## Author

| | |
|---|---|
| ■   **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, previously published books and artwork. |
| **Previous registration and year:** | PAU 3-604-001   2012 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

| | |
|---|---|
| **Name:** | Michael Kramer |
| **Date:** | May 30, 2013 |



# EXHIBIT 29

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-793-261

**Effective date of registration:**

June 29, 2012

## Title

| | |
|---|---|
| **Title of Work:** | THE AMAZING SPIDER-MAN |
| **Previous or Alternative Title:** | Spider-Man 4 (2012) |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2012 | | |
| **Date of 1st Publication:** | June 23, 2012 | **Nation of 1st Publication:** | Japan |
| **Preregistration:** | PRE000004284 | | |

## Author

| | |
|---|---|
| ■ **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters, computer / internet software / programs and video games.  Based on Marvel Comics character Spider-Man and related characters, along with the motion pictures SPIDER-MAN (2002), SPIDER-MAN 2 (2004) and SPIDER-MAN 3 (2007). |
| **Previous registration and year:** | PAU 3-617-133   2012 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

Page 1 of 2

**Name:**   Michael Kramer

**Date:**   June 25, 2012

---

**Copyright Office notes:**   Regarding deposit: English language version deposited. Special Relief granted under 202.20(d) of C.O. regulations.



# EXHIBIT 30

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-072-805**

**Effective Date of Registration:**
January 25, 2018

## Title

| | |
|---|---|
| **Title of Work:** | JUMANJI: WELCOME TO THE JUNGLE |
| **Previous or Alternate Title:** | Jumanji 2 |
| | Jumanji Sequel |
| | Jumanji (2017) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 04, 2017 |
| **Nation of 1st Publication:** | Germany |
| **Preregistration:** | PRE000009197 |

## Author

| | |
|---|---|
| • **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music, previously published posters and computer/video game/programs.  Based on the book JUMANJI by Chris Van Allsburg. |
| **Previous registration and year:** | PAU003849807, 2016 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Julie LaBeach |
| **Date:** | December 22, 2017 |

**Copyright Office notes:**   Regarding special handling request: Claim upgraded for Special Handling per request received on 1/25/2018   due to pending or prospective litigation. Registration decision and certificate issued on 1/29/2018.



*0000PA000207280050202*

# EXHIBIT 31

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**PA 2-221-398**

**Effective Date of Registration:**
January 10, 2020
**Registration Decision Date:**
January 14, 2020

## Title

| | |
|---|---|
| **Title of Work:** | JUMANJI: THE NEXT LEVEL |
| **Previous or Alternate Title:** | Jumanji: Welcome To The Jungle 2 |
| | Jumanji Jungle Sequel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 04, 2019 |
| **Nation of 1st Publication:** | Philippines |
| **Preregistration:** | PRE000010722 |

## Author

| | |
|---|---|
| • **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting music, previously published toys and posters. Based on the book JUMANJI by Chris Van Allsburg. |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

Page 1 of 2

**Name:**    Julie LaBeach
**Date**:    December 13, 2019

---

**Correspondence:**    Yes
**Copyright Office notes:**    Regarding special handling request: Claim upgraded for special handling per request received on 1/10/2020 due to pending or prospective litigation. Registration decision and certificate issued on 1/14/2020.

# EXHIBIT 32

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-718-291

**Effective date of
registration:**

February 10, 2011

## Title

|  |  |
|---|---|
| **Title of Work:** | JUST GO WITH IT |
| **Previous or Alternative Title:** | The Office Wife |
|  | Holiday In Hawaii |
|  | Untitled Sandler/Loeb Project |
|  | Cactus Flower (2010) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | February 9, 2011 |
| **Nation of 1st Publication:** | Trinidad and Tobago |
| **Preregistration:** | PRE000003449 |

## Author

| | |
|---|---|
| ■    **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
|  | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork and video game footage. Based on "Cactus Flower" screenplay by I.A.L. Diamond, Stage Play by Abe Burrows and based upon a French play by Barillet and Gredy.

**Previous registration and year:** PAU 3-463-276   2010

Page 1 of 2

**New material included in claim:**   all other cinematographic material, production as a motion picture

## Certification ────────────────────────────────────────

**Name:**   Michael Kramer

**Date:**   February 9, 2011



# EXHIBIT 33

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dnid Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 216 986

PA — PAU

**EFFECTIVE DATE OF REGISTRATION**

JUL 6 1984

Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1 · TITLE OF THIS WORK ▼**

THE KARATE KID

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

---

**2**

**NAME OF AUTHOR ▼**

**a** Columbia-Delphi Productions II

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work – See space 6

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 24  Year ▶ 1984
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Columbia Pictures Industries, Inc.
Columbia Plaza
Burbank, CA 91505

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

By agreement between copyright claimant and the author.

**APPLICATION RECEIVED**
02 JUL 1984

**ONE DEPOSIT RECEIVED**
02 JUL 1984  JUL 6 1984

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

EXAMINED    JC

CHECKED BY    rt

☐ CORRESPONDENCE Yes

☒ DEPOSIT ACCOUNT FUNDS USED

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

PA 216 986

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Some original music which has been previously registered for copyright in unpublished form and outside cues which have been previously published.

**b.** **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Portions of screenplay included in the motion picture, some original music, soundtrack and other cinematographic material.

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼   Brylawski & Cleary          **Account Number** ▼   DA: 050385

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

E. Fulton Brylawski, Esquire
Brylawski & Cleary
224 East Capital Street, NE
Washington, DC   20036          (202) 547-1331

Area Code & Telephone Number ▶

Be sure to give your daytime phone number. ◀

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Columbia Pictures Industries, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Pamela M. Casagranda          date ▶ 6/27/84

Handwritten signature (X) ▼   *Pamela M. Casagranda*

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

**Name** ▼   Brylawski & Cleary

**Number/Street/Apartment Number** ▼   224 East Capital Street, NE

**City/State/ZIP** ▼   Washington, DC   20036

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT 34

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**PA 1-981-803**
**Effective Date of Registration:**
April 07, 2016

## Title

**Title of Work:** MIRACLES FROM HEAVEN

**Previous or Alternate Title:** Three Miracles From Heaven

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 16, 2016
**Nation of 1st Publication:** Trinidad and Tobago
**Preregistration:** PRE000008169

## Author

- **Author:** Columbia Pictures Industries, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Columbia Pictures Industries, Inc.
10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published artwork, posters, books and computer / internet / video game related programs and images. Based on the book MIRACLES FROM HEAVEN: A LITTLE GIRL, HER JOURNEY TO HEAVEN, AND HER AMAZING STORY OF HEALING written by Christy Wilson Beam.

**Previous registration and year:** PAU003790968, 2015

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

**Name:** Michael Kramer
**Date:** March 18, 2016

Page 1 of 2

**Correspondence:**   Yes



# EXHIBIT 35

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-315-928

**Effective Date of Registration:**
October 08, 2021
**Registration Decision Date:**
October 12, 2021

## Title

| | |
|---|---|
| **Title of Work:** | VENOM: LET THERE BE CARNAGE |
| **Previous or Alternate Title:** | Venom 2 |
| | Venom Sequel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 30, 2021 |
| **Nation of 1st Publication:** | Russia |
| **Preregistration:** | PRE000011248 |

## Author

| | |
|---|---|
| ● **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Copyright Claimant:** | Tencent Pictures (USA) LLC |
| | 2747 Park Boulevard, Palo Alto, CA, 94306, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting music, Preexisting artwork and posters.  Based on the Marvel Comics character Venom and related characters within the Spider-Man Universe. |

Page 1 of 2

**New material included in claim:**   all other cinematographic material, production as a motion picture, excluding Russian language dubbing and subtitles as released in the country of first publication.

## Certification

    **Name:**  Bradley Russell
    **Date:**  October 08, 2021

**Correspondence:**  Yes

# EXHIBIT 36

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-324-147

**Effective Date of Registration:**
November 30, 2021
**Registration Decision Date:**
December 01, 2021

## Title

| | |
|---|---|
| **Title of Work:** | GHOSTBUSTERS: AFTERLIFE |
| **Previous or Alternate Title:** | Ghostbusters 2020 |
| | Rust City |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | November 17, 2021 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000011096 |

## Author

| | |
|---|---|
| **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc.<br>10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Copyright Claimant:** | BRON Creative USA, Corp.<br>5542 Short Street, Burnaby, V5J 1L0, Canada |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, based on the 1984 film GHOSTBUSTERS an Ivan Reitman Film written by Dan Aykroyd and Harold Ramis. |

Page 1 of 2

**New material included in claim:**     all other cinematographic material, production as a motion picture

## Certification

**Name:**   Bradley Russell
**Date:**   November 30, 2021

**Correspondence:**   Yes

# EXHIBIT 37

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-364-879

**Effective Date of Registration:**
August 17, 2022
**Registration Decision Date:**
August 17, 2022

## Title

**Title of Work:** BULLET TRAIN

**Previous or Alternate Title:** Maria Beetle

Mariabeetle

Haiku #87

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 02, 2022
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000011707

## Author

● **Author:** Columbia Pictures Industries, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Columbia Pictures Industries, Inc.
10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

**Copyright Claimant:** TSG Entertainment II LLC
10801 W. Charleston Blvd., Suite 300, Las Vegas, NV, 89135
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music, Based on the book MARIABITURO by

Page 1 of 2

**Previous registration and year:**  Kotaro Isaka.
PAu004068559, 2021
PAu004061595, 2021

**New material included in claim:**  all other cinematographic material, production as a motion picture.

## Certification

**Name:**  Bradley Russell
**Date:**  August 17, 2022

**Correspondence:**  Yes

# EXHIBIT 38

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-476-747

**Effective Date of Registration:**
June 18, 2024
**Registration Decision Date:**
June 18, 2024

## Title

| | |
|---|---|
| **Title of Work:** | BAD BOYS: RIDE OR DIE |
| **Previous or Alternate Title:** | Conrad |
| | Bad Boys IV |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | June 05, 2024 |
| **Nation of 1st Publication:** | United Kingdom |
| **Preregistration:** | PRE000012910 |

## Author

| | |
|---|---|
| **● Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc.<br>10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Copyright Claimant:** | TSG Entertainment II LLC<br>10801 W. Charleston Blvd., Suite 300, Las Vegas, NV, 89135, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books and artwork. Based on characters created by George Gallo. |

Page 1 of 2

**Previous registration and year:**   PAu004182460, 2023

**New material included in claim:**   all other cinematographic material, production as a motion picture

## Certification

**Name:**   Bradley Russell
**Date:**   June 18, 2024

**Correspondence:**   Yes

# EXHIBIT 39

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-306-091

**Effective Date of Registration:**
August 05, 2021
**Registration Decision Date:**
August 05, 2021

---

## Title

**Title of Work:**   JUNGLE CRUISE

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   July 28, 2021
**Nation of 1st Publication:**   France
**Preregistration:**   PRE000011614

## Author

- **Author:**   Crocus Productions, Inc.
 **Author Created:**   entire motion picture, revisions and additions to screenplay as spoken text.
 **Work made for hire:**   Yes
 **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:**   Assignment

## Limitation of copyright claim

**Material excluded from this claim:**   script/screenplay, based on Walt Disney's "THE JUNGLE CRUISE"

**New material included in claim:**   all other cinematographic material, revisions and additions to screenplay as
spoken text.

## Certification

**Name:**   Gary Young Lim
**Date:**   August 05, 2021
**Applicant's Tracking Number:**   214024

Page 1 of 2

**Correspondence:**   Yes

# EXHIBIT 40

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-415-610

**Effective Date of Registration:**
June 12, 2023
**Registration Decision Date:**
June 13, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | THE LITTLE MERMAID |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | May 24, 2023 |
| **Nation of 1st Publication:** | France |
| **Preregistration:** | PRE000011804 |

## Author

| | |
|---|---|
| **Author:** | Sand Castle Pictures Limited |
| **Author Created:** | entire motion picture, revisions & additions to screenplay as spoken text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Disney Enterprises, Inc. |
| | 500 S. Buena Vista Street, Burbank, CA, 91521, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on the story by Hans Christian Andersen and Disney's THE LITTLE MERMAID. Preexisting screenplay. Some preexisting music & sounds. |
| **New material included in claim:** | all other cinematographic material, revisions & additions to screenplay as spoken text |

## Certification

| | |
|---|---|
| **Name:** | Larissa Caschera |
| **Date:** | June 12, 2023 |

Page 1 of 2

**Applicant's Tracking Number:**    283211

**Correspondence:**    Yes

# EXHIBIT 41

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-991-651

**Effective Date of Registration:**
June 28, 2016

## Title

**Title of Work:** ALICE THROUGH THE LOOKING GLASS

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 25, 2016
**Nation of 1st Publication:** Sweden

## Author

- **Author:** Absolem Productions Limited
  **Author Created:** entire motion picture, Screenplay as spoken text.
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, Loosely based on Through the Looking-Glass by Lewis Carroll and Disney's 2010 film Alice in Wonderland.

**New material included in claim:** all other cinematographic material, Screenplay as spoken text.

## Certification

**Name:** Gary Young Lim
**Date:** June 27, 2016
**Applicant's Tracking Number:** 158023

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT 42

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-301-564

**Effective Date of Registration:**
July 15, 2021
**Registration Decision Date:**
July 15, 2021

---

## Title

**Title of Work:**   CRUELLA

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   May 26, 2021
**Nation of 1st Publication:**   Switzerland
**Preregistration:**   PRE000011613

## Author

- **Author:**   Badduns Productions Limited
  **Author Created:**   entire motion picture, screenplay as spoken text
  **Work made for hire:**   Yes
  **Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:**   Assignment

## Limitation of copyright claim

**Material excluded from this claim:**   Based on the novel The One Hundred and One Dalmatians" By Dodie Smith and
Disney's 101 Dalmatians series of works. Some music.

**New material included in claim:**   all other cinematographic material, screenplay as spoken text

## Certification

**Name:**   Gary Young Lim
**Date:**   July 15, 2021
**Applicant's Tracking Number:**   214023

Page 1 of 2

**Correspondence:**   Yes

# **EXHIBIT 43**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-217-415

**Effective Date of Registration:**
December 12, 2019
**Registration Decision Date:**
December 17, 2019

## Title

**Title of Work:**    FROZEN II

## Completion/Publication

**Year of Completion:**    2019
**Date of 1st Publication:**    November 20, 2019
**Nation of 1st Publication:**    Philippines
**Preregistration:**    PRE000010928

## Author

- **Author:**    Walt Disney Animation Studios
  **Author Created:**    entire motion picture, script/screenplay as spoken text
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Disney Enterprises, inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:**    By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**    Based on Disney's animated feature entitled FROZEN. Some preexisting sounds.

**New material included in claim:**    all other cinematographic material, script/screenplay as spoken text

## Certification

**Name:**    Gary Young Lim
**Date:**    December 11, 2019
**Applicant's Tracking Number:**    179615

Page 1 of 2

# EXHIBIT 44

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-193-489

**Effective Date of Registration:**
August 07, 2019

---

## Title
_____

**Title of Work:**  THE LION KING

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** July 12, 2019
**Nation of 1st Publication:** China
**Preregistration:** PRE000010819

## Author
_____

- **Author:** Iceberg Productions Limited
  **Author Created:** entire motion picture, Screenplay as spoken text.
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:** Assignment

## Limitation of copyright claim
_____

**Material excluded from this claim:** Based on Disney's animated feature THE LION KING. Some previously published sound recordings.

**New material included in claim:** all other cinematographic material, Screenplay as spoken text

## Certification
_____

**Name:** Gary Young Lim
**Date:** August 06, 2019
**Applicant's Tracking Number:** 179609

**Correspondence:**  Yes

# EXHIBIT 45

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-899-203

**Effective date of registration:**

June 10, 2014

---

## Title

**Title of Work:** MALEFICENT

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** May 28, 2014    **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** BRIAR ROSE PRODUCTIONS, LTD.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Disney Enterprises, Inc.

500 S. Buena Vista Street, Burbank, CA, 91521, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music, Based on Disney's Sleeping Beauty and "La Belle au boit dormant" written by Charles Perrault.

**New material included in claim:** all other cinematographic material, revisions/additions to script

## Certification

**Name:** Gary Young Lim

**Date:** June 4, 2014

**Applicant's Tracking Number:** 111317

---

Page 1 of 1

# EXHIBIT 46

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Turle*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-146-985

**Effective Date of Registration:**
January 10, 2019

---

## Title

**Title of Work:**   MARY POPPINS RETURNS

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   December 19, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Cherry Tree Lane Productions Limited
  **Author Created:**   entire motion picture, screenplay as spoken text.
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:**   Assignment

## Limitation of copyright claim

**Material excluded from this claim:**   based on Mary Poppins by P.L. Travers and Disney's Mary Poppins.

**New material included in claim:**   all other cinematographic material, screenplay as spoken text

## Certification

**Name:**   Gary Young Lim
**Date:**   January 09, 2019
**Applicant's Tracking Number:**   179600

---

**Correspondence:**   Yes

Page 1 of 2



**Copyright Office notes:**     Regarding deposit: Special Relief granted under 37 C.F.R. 202.20(d) of C.O. regulations.

# EXHIBIT 47

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**C** **Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGIST    **PA 1-334-112**

‖‖‖‖‖‖‖‖‖‖‖
«PA0001334112»

EFFECTIVE DATE OF REGISTRATION

**7-13-07**

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

PIRATES OF THE CARIBBEAN  AT WORLD'S END

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Motion Picture

## 2

**a**  **NAME OF AUTHOR ▼**

Second Mate Productions, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Motion Picture

**NOTE**

Under the law the "author" of a "work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 5  Day 24  Year 2007
USA  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

DISNEY ENTERPRISES  INC
500 S  Buena Vista Street, Burbank, CA 91521

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
JUL 13 2007
ONE DEPOSIT RECEIVED
JUL 13 2007 (9) 35mm/L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼ If your answer is No  do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Based on and incorporates preexisting motion picture elements from Disney's PIRATES OF THE CARIBBEAN

**a**

**6**

See instructions before completing this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New cinematographic material

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                          Account Number ▼

Buena Vista Copyright Services                  DA014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Gary Young Lim
THE WALT DISNEY COMPANY
500 S  Buena Vista Ave, Burbank, CA 91521

**b**

Area code and daytime telephone number  ( 818 ) 560-1412          Fax number  ( 818 ) 562-3103

Email gary lim@disney com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Claimant

**8**

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Gary Young Lim                                Date 05/24/07

Handwritten signature (X) ▼

x

Certificate will be mailed in window envelope to this address

Name ▼
THE WALT DISNEY COMPANY Attn  Gary Young Lim

Number/Street/Apt ▼
500 S  Buena Vista TD314K        79471

City/State/ZIP ▼
Burbank, California 91521-0635

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C  20559-6000

**9**

Fees are subject to change  For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

# EXHIBIT 48

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teryle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-012-015

**Effective Date of Registration:**
December 20, 2016

## Title

| | |
|---|---|
| **Title of Work:** | MOANA |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 23, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Walt Disney Animation Studios |
| **Author Created:** | entire motion picture, Screenplay as spoken text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Disney Enterprises, Inc.<br>500 S. Buena Vista Street, Burbank, CA, 91521, United States |
| **Transfer statement:** | Assignment |

## Certification

| | |
|---|---|
| **Name:** | Gary Young Lim |
| **Date:** | December 13, 2016 |
| **Applicant's Tracking Number:** | 161357 |

Page 1 of 1



# EXHIBIT 49

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-506-063

**Effective Date of Registration:**
December 12, 2024
**Registration Decision Date:**
December 13, 2024

## Title

**Title of Work:**  MOANA 2

## Completion/Publication

**Year of Completion:**  2024
**Date of 1st Publication:**  November 27, 2024
**Nation of 1st Publication:**  United States
**Preregistration:**  PRE000013226

## Author

- **Author:**  Walt Disney Animation Studios a.a.d.o. Walt Disney Pictures
  **Author Created:**  entire motion picture, screenplay as spoken text
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:**  By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**  Based on Disney's animated motion picture MOANA and incorporates preexisting character artwork. Some preexisting music & sounds.

**New material included in claim:**  all other cinematographic material, screenplay as spoken text

## Certification

**Name:**  Larissa Caschera
**Date:**  December 12, 2024
**Applicant's Tracking Number:**  317679

Page 1 of 2

**Correspondence:**   Yes

# EXHIBIT 50

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-339-883

**Effective Date of Registration:**
January 21, 2022
**Registration Decision Date:**
March 13, 2022

## Title

| | |
|---|---|
| **Title of Work:** | Brazen |
| **Previous or Alternate Title:** | Deadly Desires |
| | Brazen Virtue |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | January 13, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •    **Author:** | Netflix US, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix US, LLC |
| | 5808 W. Sunset Blvd., Los Angeles, CA, 90028, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting music, Based on the novel "Brazen Virtue" by Nora Roberts (TX0008764538) |
| **Previous registration and year:** | PAu004075976, 2021 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Rights and Permissions

Page 1 of 2

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 W. Sunset Blvd.
Los Angeles, CA 90028 United States

## Certification

**Name:** Alexis Rodriguez
**Date:** January 21, 2022

# EXHIBIT 51

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-368-931**

**Effective Date of Registration:**
August 24, 2022
**Registration Decision Date:**
September 06, 2022

## Title

**Title of Work:** Look Both Ways

**Previous or Alternate Title:** Plus / Minus

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 17, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Netflix US, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Netflix US, LLC
5808 W. Sunset Blvd., Los Angeles, CA, 90028, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, all pre-existing licensed and/or unclaimable materials
**Previous registration and year:** PAu004090136, 2021

**New material included in claim:** all other cinematographic material, production as a motion picture

## Rights and Permissions

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com

Page 1 of 2

**Address:**    5808 W. Sunset Blvd.
Los Angeles, CA 90028 United States

## Certification

**Name:**    Alexis Rodriguez
**Date:**    August 24, 2022
**Applicant's Tracking Number:**    81050546

**Correspondence:**    Yes

# EXHIBIT 52

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-258-345**

**Effective Date of Registration:**
July 20, 2020
**Registration Decision Date:**
September 28, 2020

## Title

**Title of Work:**    The Old Guard

## Completion/Publication

**Year of Completion:**    2020
**Date of 1st Publication:**    July 10, 2020
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Netflix US, LLC
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

- **Author:**    Netflix International, LLC
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Netflix US, LLC
5808 W. Sunset Blvd., Los Angeles, CA 90028 United States
**Transfer statement:**    By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting footage, preexisting photograph(s), preexisting music, Based upon the graphic novel series "The Old Guard," written by Greg Rucka and illustrated by Leandro Fernandez

**New material included in claim:**    all other cinematographic material

Page 1 of 2

## Rights and Permissions

**Organization Name:** Netflix
**Email:** copyrightadmin@netflix.com
**Address:** 5808 W. Sunset Blvd.
Los Angeles, CA 90028 United States

## Certification

**Name:** Sam Jeffries
**Date**: July 20, 2020

# EXHIBIT 53

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-261-556

**Effective Date of Registration:**
August 06, 2020
**Registration Decision Date:**
October 21, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Eurovision Song Contest: The Story of Fire Saga |
| **Previous or Alternate Title:** | Eurovision |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 26, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Oblik Productions Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix US, LLC |
| | 5808 Sunset Blvd, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music |
| **Previous registration and year:** | PAu003985446, 2019 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Netflix |

Page 1 of 2

**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date**: August 06, 2020

# EXHIBIT 54

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-368-933

**Effective Date of Registration:**
August 22, 2022
**Registration Decision Date:**
September 06, 2022

## Title
_____

**Title of Work:**    Day Shift

## Completion/Publication
_____

**Year of Completion:**    2022
**Date of 1st Publication:**    August 05, 2022
**Nation of 1st Publication:**    United States

## Author
_____

- **Author:**    Netflix US, LLC
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant
_____

**Copyright Claimant:**    Netflix US, LLC
5808 W. Sunset Blvd., Los Angeles, CA, 90028, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:**    script/screenplay, all pre-existing licensed and/or unclaimable materials
**Previous registration and year:**    PAu004081032, 2021

**New material included in claim:**    all other cinematographic material, production as a motion picture

## Rights and Permissions
_____

**Organization Name:**    Netflix
**Name:**    Copyright Administrator
**Email:**    copyrightadmin@netflix.com
**Address:**    5808 W. Sunset Blvd.
Los Angeles, CA 90028 United States

## Certification

Name:   Alexis Rodriguez
Date:   August 22, 2022
Applicant's Tracking Number:   81186049

# EXHIBIT 55

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## PA 2-256-068

**Effective Date of Registration:**
July 08, 2020
**Registration Decision Date:**
September 11, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Extraction |
| **Previous or Alternate Title:** | Ciudad |
| | Dhaka |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | April 24, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Jousting Productions, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix US, LLC |
| | 5808 Sunset Blvd, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music |
| **Previous registration and year:** | 1-8914288271, 2020 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Rights and Permissions

Page 1 of 2

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date:** July 07, 2020

# EXHIBIT 56

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-424-253

**Effective Date of Registration:**
June 21, 2023
**Registration Decision Date:**
August 09, 2023

## Title

**Title of Work:**   Extraction 2

## Completion/Publication

**Year of Completion:**   2023
**Date of 1st Publication:**   June 09, 2023
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Netflix US, LLC
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Netflix US, LLC
5808 W. Sunset Blvd., Los Angeles, CA, 90028, United States

## Limitation of copyright claim

**Material excluded from this claim:**   script/screenplay, Based on the graphic novel "Ciudad" by Ande Parks and the
Netflix film "Extraction", all pre-existing licensed and/or unclaimable materials
**Previous registration and year:**   PAu004111953, 2021

**New material included in claim:**   all other cinematographic material, production as a motion picture

## Rights and Permissions

**Organization Name:**   Netflix
**Name:**   Copyright Administrator
**Email:**   copyrightadmin@netflix.com
**Address:**   5808 W. Sunset Blvd.

Los Angeles, CA 90028 United States

## Certification

|  |  |
|---|---|
| **Name:** | Alexis Rodriguez |
| **Date:** | June 21, 2023 |
| **Applicant's Tracking Number:** | 81098494 |

# EXHIBIT 57

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-379-823

**Effective Date of Registration:**
October 03, 2022
**Registration Decision Date:**
November 15, 2022

## Title
_____

Title of Work:   Blonde

## Completion/Publication
_____

Year of Completion:   2021
Date of 1st Publication:   September 16, 2022
Nation of 1st Publication:   United States

## Author
_____

- Author:   Netflix US, LLC
Author Created:   entire motion picture
Work made for hire:   Yes
Domiciled in:   United States

## Copyright Claimant
_____

Copyright Claimant:   Netflix US, LLC
5808 W. Sunset Blvd., Los Angeles, CA, 90028, United States

## Limitation of copyright claim
_____

Material excluded from this claim:   script/screenplay, Based on the novel "Blonde" by Joyce Carol Oates, all pre-existing licensed and/or unclaimable materials
Previous registration and year:   PAu003993228, 2019

New material included in claim:   all other cinematographic material, production as a motion picture

## Rights and Permissions
_____

Organization Name:   Netflix
Name:   Copyright Administrator
Email:   copyrightadmin@netflix.com
Address:   5808 W. Sunset Blvd.

Los Angeles, CA 90028 United States

## Certification

|  |  |
|---|---|
| **Name:** | Alexis Rodriguez |
| **Date:** | October 03, 2022 |
| **Applicant's Tracking Number:** | 80174263 |

# EXHIBIT 58

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-350-236

**Effective Date of Registration:**
March 31, 2022
**Registration Decision Date:**
May 19, 2022

## Title

| | |
|---|---|
| **Title of Work:** | Rescued by Ruby |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 17, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Netflix US, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix US, LLC |
| | 5808 W. Sunset Blvd., Los Angeles, CA, 90028, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, Based on the "Dogwink Ruby" short story from the book "Dogwinks" by SQuire Rushnell and Louise DuArt, all pre-existing licensed and/or unclaimable materials |
| **Previous registration and year:** | PAu004088344, 2021 |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Netflix |
| **Name:** | Copyright Administrator |
| **Email:** | copyrightadmin@netflix.com |

Page 1 of 2

**Address:**   5808 W. Sunset Blvd.
Los Angeles, CA 90028 United States

## Certification

**Name:**   Alexis Rodriguez
**Date:**   March 31, 2022

# EXHIBIT 59

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-386-954

**Effective Date of Registration:**
November 04, 2022
**Registration Decision Date:**
December 23, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | The Good Nurse |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | October 19, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Netflix US, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix US, LLC |
| | 5808 W. Sunset Blvd., Los Angeles, CA, 90028, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, Based on the book "The Good Nurse" by Charles Graeber, all pre-existing licensed and/or unclaimable materials |
| **Previous registration and year:** | PAu004080672, 2021 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Netflix |
| **Name:** | Copyright Administrator |
| **Email:** | copyrightadmin@netflix.com |
| **Address:** | 5808 W. Sunset Blvd. |

Los Angeles, CA 90028 United States

## Certification

| | |
|---|---|
| **Name:** | Alexis Rodriguez |
| **Date:** | November 04, 2022 |
| **Applicant's Tracking Number:** | 81260083 |

# EXHIBIT 60

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-275-480

**Effective Date of Registration:**
December 11, 2020
**Registration Decision Date:**
February 05, 2021

## Title

**Title of Work:**  MANK

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  November 13, 2020
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Netflix US, LLC
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Netflix US, LLC
5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA, 90028, United States

## Limitation of copyright claim

**Material excluded from this claim:**  preexisting photograph(s), preexisting music

**New material included in claim:**  all other cinematographic material

## Rights and Permissions

**Organization Name:**  Netflix
**Name:**  Copyright Administrator
**Email:**  copyrightadmin@netflix.com
**Address:**  5808 Sunset Blvd
Los Angeles, CA 90028 United States

Page 1 of 2

**Certification**

Name: Lauren Simmonds
Date: December 11, 2020

# EXHIBIT 61

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-351-572

**Effective Date of Registration:**
May 31, 2022
**Registration Decision Date:**
June 01, 2022

## Title

**Title of Work:** Top Gun: Maverick

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 27, 2022
**Nation of 1st Publication:** United States
**Preregistration:** PRE000010741

## Author

- **Author:** Paramount Pictures Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Paramount Pictures Corporation
5555 Melrose Ave., Hollywood, CA, 90038, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Scott Martin, EVP & Deputy General Counsel
**Date:** May 31, 2022

# EXHIBIT 62

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-978-288

**Effective Date of Registration:**
March 14, 2016

## Title

| | |
|---|---|
| **Title of Work:** | 10 CLOVERFIELD LANE |
| **Previous or Alternate Title:** | "THE CELLAR" |
| | "VALENCIA" |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 10, 2016 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Paramount Pictures Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Paramount Pictures Corporation |
| | 5555 Melrose Avenue, Hollywood, CA, 90038, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Michelena Hallie, Vice President & Assistant Secretary |
| **Date:** | March 10, 2016 |

Page 1 of 1

# EXHIBIT 63

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 762 864

EFFECTIVE DATE OF REGISTRATION

Sept 18 1995
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

CLUELESS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE PHOTOPLAY

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JULY     Day ▶ 19     Year ▶ 1995
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197

APPLICATION RECEIVED
SEP 05. 1995
ONE DEPOSIT RECEIVED
SEP 05. 1995   SEP 18 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE

# EXHIBIT 64

Case 2:25-cv-00381-LK Document 30-1   Filed 07/03/25   Page 193 of 293
Page ID #:332

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

PA 376 420

PA                     PAU

**EFFECTIVE DATE OF REGISTRATION**

JUL 12 1988
Month   Day   Year

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

COMING TO AMERICA

**PREVIOUS OR ALTERNATIVE TITLES ▼**

THE QUEST, THE ZAMUNDA PROJECT

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE PHOTOPLAY

**2**

**NAME OF AUTHOR ▼**
a PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK (SEE SPACE 6)

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law. the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1988 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 8   Year ▶ 1988
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
JUL 05 1988
**ONE DEPOSIT RECEIVED**
Jul 12 1988
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of 2 pages

# EXHIBIT 65

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-068-615

**Effective Date of Registration:**
December 22, 2017

## Title

**Title of Work:**  DOWNSIZING

## Completion/Publication

**Year of Completion:**  2017
**Date of 1st Publication:**  December 22, 2017
**Nation of 1st Publication:**  United States
**Preregistration:**  PRE000009807

## Author

• **Author:**  Paramount Pictures Corporation
**Author Created:**  entire motion picture
**Work made for hire:**  Yes
**Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038, United States

## Limitation of copyright claim

**Material excluded from this claim:**  preexisting music, script/screenplay

**New material included in claim:**  all other cinematographic material

## Certification

**Name:**  Michelena Hallie
**Date:**  December 22, 2017

# EXHIBIT 66

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 726-079**

PAU

EFFECTIVE DATE OF REGISTRATION

9 / 22 / 94

Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

FORREST GUMP

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE PHOTOPLAY

**2**

**NOTE**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ JUNE Day ▶ 21 Year ▶ 1994
U.S.A. ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
SEP 22 1994
ONE DEPOSIT RECEIVED
SEP 22 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.

**DO NOT WRITE HERE**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered musical compositions incorporated in this work.
Based upon the novel, "FORREST GUMP".

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                     Account Number ▼

PARAMOUNT PICTURES CORPORATION          DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197
ATTN: GISELE M. SOLOMON
Area Code & Telephone Number ▶  (213) 956-5404

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of_ Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott Martin, Vice-President          September 7, 1994

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼ Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼ 5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼ LOS ANGELES, CALIFORNIA 90038-3197

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# EXHIBIT 67

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*



## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA    610 723**

PA                PAU

EFFECTIVE DATE OF REGISTRATION

**5      7      93**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

INDECENT PROPOSAL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE PHOTOPLAY

**2**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ __U.S.A.__
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**
Under the law the author of a "work made for hire" is generally...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼



**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
__1992__ ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ __MARCH__    Day ▶ __24__    Year ▶ __1993__
__U.S.A.__

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR 21 1993
ONE DEPOSIT RECEIVED
APR 21 1993  MAY 7, 93
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

# EXHIBIT 68

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-296-127

**Effective Date of Registration:**
June 10, 2021
**Registration Decision Date:**
June 10, 2021

## Title

**Title of Work:**    Infinite

## Completion/Publication

**Year of Completion:**    2021
**Date of 1st Publication:**    May 21, 2021
**Nation of 1st Publication:**    United States
**Preregistration:**    PRE000011062

## Author

● **Author:**    Paramount Pictures Corporation
**Author Created:**    entire motion picture
**Work made for hire:**    Yes
**Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Paramount Pictures Corporation
5555 Melrose Ave., Hollywood, CA, 90038, United States

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting footage, preexisting music; based on the book "The Reincarnationist Papers" by D. Eric Maikranz

**New material included in claim:**    all other cinematographic material

## Certification

**Name:**    Scott Martin, EVP & Deputy General Counsel
**Date:**    June 10, 2021

Page 1 of 2

# EXHIBIT 69

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-817-771

**Effective date of
registration:**

December 21, 2012

## Title

| | |
|---|---|
| Title of Work: | JACK REACHER |
| Previous or Alternative Title: | ONE SHOT |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2012 | | |
| Date of 1st Publication: | December 20, 2012 | Nation of 1st Publication: | Hong Kong |
| Preregistration: | PRE000005928 | | |

## Author

| | |
|---|---|
| ■ Author: | Paramount Pictures Corporation |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Paramount Pictures Corporation |
| | 5555 Melrose Avenue, Hollywood, CA, 90038 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay, preexisting photograph(s), preexisting music, Preexisting artwork; preexisting film/video clips |
| New material included in claim: | all other cinematographic material, production as a motion picture, revisions/additions to script |

## Certification

| | |
|---|---|
| Name: | Scott Martin |
| Date: | December 20, 2012 |

# EXHIBIT 70

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Marie Strong

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-221-396

**Effective Date of Registration:**
January 13, 2020

**Registration Decision Date:**
January 14, 2020

## Title

**Title of Work:** Like a Boss

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 10, 2020
**Nation of 1st Publication:** United States
**Preregistration:** PRE000010897

## Author

- **Author:** Paramount Pictures Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Scott Martin, EVP & Deputy General Counsel
**Date:** January 10, 2020

# EXHIBIT 71

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

# FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–233–942**



| 7 | 12 | 04 |
|---|---|---|
| Month | Day | Year |

E A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

MEAN GIRLS

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE

**2  a**

NAME OF AUTHOR ▼

PARAMOUNT PICTURES CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
{ Domiciled in ▶ U.S.A. ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  X No
Pseudonymous?  ☐ Yes  X No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
{ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
{ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3  a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year

This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ 4____  Day ▶ 30____  Year ▶ 2004__
ONLY if this work has been published.  U.S.A. ____  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVE
LOS ANGELES, CA 90038

TRANSFER  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE  OFFICE USE ONLY

APPLICATION RECEIVED
JUL 12 2004
ONE DEPOSIT RECEIVED
(6) 35 MM-L
TWO DEPOSITS RECEIVED
JUL 12 2004
FUNDS RECEIVED

1136374.1 01

EXAMINED BY JAT

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Some previously registered musical compositions are incorporated in this work.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                        Account Number ▼

PARAMOUNT PICTURES CORPORATION                    DA-030201

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVE, LUBITSCH 315
LOS ANGELES, CA 90038-3197
ATTN: MONIQUE GONZAQUE

b

Area code and daytime telephone number ▶ ( 323 ) 956-5404        Fax number ▶ ( 323 ) 862-8619

Email ▶ legal_copyright@paramount.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Paramount Pictures Corporation
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SCOTT M. MARTIN, SENIOR VICE PRESIDENT                    Date ▶ 6/16/Y

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address:

Name ▼
PARAMOUNT PICTURES CORPORATION - ATTN: M. Gonzaque
Number/Street/Apt ▼
5555 MELROSE AVE, LUBITSCH 315
City/State/ZIP ▼
LOS ANGELES, CA 90038

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/66

# EXHIBIT 72

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**PA 800-002**

| PA | PAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

6 / 17 / 96

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
MISSION: IMPOSSIBLE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE PHOTOPLAY

---

**2**

**NAME OF AUTHOR ▼**
a PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a 1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b Month ▶ APRIL Day ▶ 26 Year ▶ 1996
U.S.A. ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
HOLLYWOOD, CALIFORNIA 90038-3197

**APPLICATION RECEIVED**
JUN 17.1996
**ONE DEPOSIT RECEIVED** (6) 35mm/L
JUN 17.1996
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5 9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
2

EXAMINED BY TS/W

CHECKED BY

☐ CORRESPONDENCE Yes

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on the episodic television series entitled "MISSION: IMPOSSIBLE."
Some previously registered musical compositions are incorporated in
this work.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

PARAMOUNT PICTURES CORPORATION          DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
HOLLYWOOD, CALIFORNIA 90038-3197
ATTN: BRENDAN T. MASON

Area Code & Telephone Number ▶          (213) 956-5404

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☒ owner of exclusive right(s)          Paramount Pictures Corporation

☐ authorized agent of _____
          Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Karen Magid, Senior Vice-President          date ▶ June 14, 1996

Handwritten signature (X) ▼

*Karen Magid*

**MAIL
CERTIFI-
CATE TO**

**Name** ▼

Brendan T. Mason
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼

5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼

HOLLYWOOD, CALIFORNIA 90038-3197

**Certificate
will be
mailed in
window
envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/9

# EXHIBIT 73

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-977-456**

**Effective Date of Registration:**
June 30, 2015

## Title

**Title of Work:** MISSION: IMPOSSIBLE - ROGUE NATION (One Sheet Rated Poster-Tom Cruise face only at top left with cast members figure right below & the billing block is all on a slant)

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 26, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Paramount Pictures Corporation
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038, United States

## Certification

**Name:** Michelena Hallie, Vice President & Assistant Secretary
**Date:** June 26, 2015

Page 1 of 1

# EXHIBIT 74

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-506-548

**Effective Date of Registration:**
December 20, 2024
**Registration Decision Date:**
December 23, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Gladiator II |
| **Previous or Alternate Title:** | Gladiator 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | November 22, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Paramount Pictures Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Paramount Pictures Corporation<br>5555 Melrose Avenue, Hollywood, CA, 90038, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Gabriel Miller, SVP Legal Affairs |
| **Date:** | December 20, 2024 |

**Correspondence:**   Yes

# EXHIBIT 75

FP 0217I

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM PA
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

**PA    266-708**

PA            PAU

EFFECTIVE DATE OF REGISTRATION

| 10 | 15 | 85 |
|---|---|---|
| Month | Day | Year |

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

BACK TO THE FUTURE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

**NAME OF AUTHOR ▼**

UNIVERSAL CITY STUDIOS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK EXCEPT AS NOTED IN SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ JUNE    Day ▶ 24    Year ▶ 1985
UNITED STATES ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

UNIVERSAL CITY STUDIOS, INC.
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA   91608

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
SEP 27 1985
ONE DEPOSIT RECEIVED
OCT. 15 1985
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM PA

**PA** **266-708**

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
Yes

☒ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

MUSICAL COMPOSITIONS

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

ALL OTHER CINEMATOGRAPHIC MATERIAL

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

UNIVERSAL CITY STUDIOS, INC.          DA 014982

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

UNIVERSAL CITY STUDIOS, INC.
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA  91608
ATTN:  PATRICIA VILLALOBOS
          Area Code & Telephone Number ▶  (818) 508-1899

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  UNIVERSAL CITY STUDIOS, INC.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication given in space 3.

ELIZABETH SHAW          date ▶ SEPTEMBER 16, 1985

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

**Certificate
will be
mailed in
window
envelope**

Name ▼
UNIVERSAL CITY STUDIOS, INC., LAW DEPT. 500-7
Number/Street/Apartment Number ▼
100 UNIVERSAL CITY PLAZA
City/State/ZIP ▼
UNIVERSAL CITY, CA  91608

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to *Register of Copyrights?*
● Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1984—200,000

# EXHIBIT 76

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-146-543**

**Effective Date of Registration:**
June 19, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Jurassic World: Fallen Kingdom |
| **Previous or Alternate Title:** | Jurassic World 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 06, 2018 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000010310 |

## Author

| | |
|---|---|
| **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | Amblin Entertainment, Inc.
100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Certification

Page 1 of 2



**Name:**  Carly Seabrook
**Date:**  June 18, 2018

# EXHIBIT 77

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA** 02342
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

R **PA 1—375—523**

EFFECTIVE DATE OF REGISTRATION

**5-31-07**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

KNOCKED UP

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

## 2

**a** NAME OF AUTHOR ▼

Universal City Studios LLLP

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work except as noted in space 6.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006
◄ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May     Day ▶ 25     Year ▶ 2007
United States ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Universal City Studios LLLP
100 Universal City Plaza
Universal City, California 91608

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 3 1 2007
ONE DEPOSIT RECEIVED
MAY 3 1 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published music used with permission; film clips used with permission; based on unpublished screenplay PAU 3-069-519 .

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**b**
All other cinematographic material

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                          Account Number ▼

Universal City Studios LLLP                         DA 014982

**b** CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Universal Studios
100 Universal City Plaza
Universal City, Ca  91608
Attn:  Patricia Villalobos
Area code and daytime telephone number ▶ ( 818 )  777-1899          Fax number ▶ ( 818 )  866-6339
Email ▶ pat.villalobos@unistudios.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Universal City Studios LLLP
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Patricia Villalobos                                    Date ▶ May 29, 2007

Handwritten signature (X) ▼
☞ x Patricia Villalobos

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Universal City Studios LLLP
        Attn:  Patricia Villalobos
Number/Street/Apt ▼
        100 Universal City Plaza, 1280/6
City/State/ZIP ▼
        Universal City, California  91608

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000   02342 KNOCKED UP   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/55
WEB REV: June 1999

# EXHIBIT 78

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-992-458

**Effective Date of Registration:**
June 24, 2016

## Title

**Title of Work:**    The Secret Life of Pets

## Completion/Publication

**Year of Completion:**    2016
**Date of 1st Publication:**    June 24, 2016
**Nation of 1st Publication:**    Norway
**Preregistration:**    PRE000008812

## Author

- **Author:**    Universal Animation Studios LLC
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Citizen of:**    United States
  **Domiciled in:**    United States

- **Author:**    Universal City Studios LLC
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:**    By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting music

**New material included in claim:**    all other cinematographic material

## Certification

**Name:**    Carly Seabrook

Page 1 of 2

**Date:**    June 24, 2016



# EXHIBIT 79

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-833-795**

**Effective date of registration:**

February 8, 2013

## Title

**Title of Work:** Identity Thief

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** February 7, 2013          **Nation of 1st Publication:** Croatia

**Preregistration:** PRE000006138

## Author

■          **Author:** Universal City Studios LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal City Studios Productions LLLP

100 Universal City Plaza, Universal City, CA, 91608

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music

**Previous registration and year:** PAu 3-633-637    2012

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Carly Seabrook

**Date:** February 7, 2013

Page 1 of 1

# EXHIBIT 80

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-968-106

**Effective Date of Registration:**
November 30, 2015

## Title

**Title of Work:**   The Danish Girl

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   November 27, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Kvinde Films Limited
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Citizen of:**   United Kingdom
  **Domiciled in:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:**   By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**   preexisting music

**New material included in claim:**   all other cinematographic material

## Certification

**Name:**   Carly Seabrook
**Date:**   November 30, 2015



# EXHIBIT 81

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayon Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-043-544

**Effective Date of Registration:**
June 27, 2017

## Title

**Title of Work:**    Despicable Me 3

## Completion/Publication

**Year of Completion:**    2017
**Date of 1st Publication:**    June 14, 2017
**Nation of 1st Publication:**    Philippines
**Preregistration:**    PRE000009655

## Author

- **Author:** Universal Animation Studios LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Universal City Studios LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:**    Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:**    By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting music

**New material included in claim:**    all other cinematographic material

## Certification

**Name:**    Carly Seabrook

Page 1 of 2

**Date**:    June 16, 2017



# EXHIBIT 82

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-192-296

**Effective Date of Registration:**
July 31, 2019



## Title

**Title of Work:**   Fast & Furious Presents: Hobbs & Shaw

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   July 31, 2019
**Nation of 1st Publication:**   Egypt
**Preregistration:**   PRE000010825

## Author

- **Author:**   Universal City Studios LLC
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:**   By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**   preexisting music

**New material included in claim:**   all other cinematographic material

## Certification

**Name:**   Carly Seabrook
**Date:**   July 31, 2019

Page 1 of 1

# EXHIBIT 83

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-230-559

**Effective Date of Registration:**
February 26, 2020
**Registration Decision Date:**
February 28, 2020

## Title

**Title of Work:** The Invisible Man

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 26, 2020
**Nation of 1ˢᵗ Publication:** Egypt
**Preregistration:** PRE000011217

## Author

- **Author:** Disguised Productions PTY Ltd.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Disguised Productions, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA 91608
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Carly Seabrook
**Date:** February 26, 2020

**Correspondence:** Yes

# EXHIBIT 84

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-002-679**

**Effective Date of Registration:**
August 08, 2016

## Title

**Title of Work:**   Jason Bourne

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   July 27, 2016
**Nation of 1st Publication:**   Indonesia
**Preregistration:**   PRE000008861

## Author

• **Author:**   Universal City Studios LLC
**Author Created:**   entire motion picture
**Work made for hire:**   Yes
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:**   By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**   script/screenplay, preexisting music
**Previous registration and year:**   pending, 2016

**New material included in claim:**   all other cinematographic material

## Certification

**Name:**   Carly Seabrook
**Date:**   August 01, 2016

Page 1 of 1



# EXHIBIT 85

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-946-359**

**Effective Date of Registration:**
June 10, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Jurassic World |
| **Previous or Alternate Title:** | Ebb Tide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 10, 2015 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000007974 |

## Author

| | |
|---|---|
| •    **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amblin Entertainment LLC |
| | 100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | Universal City Studios Productions LLLP |
| | 100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | 2015 |
| **New material included in claim:** | all other cinematographic material |

## Certification

**Name:**  Carly Seabrook
**Date**:  June 10, 2015

**Correspondence:**  Yes



# EXHIBIT 86

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-369-070

**Effective Date of Registration:**
June 27, 2022
**Registration Decision Date:**
September 07, 2022

## Title

| | |
|---|---|
| **Title of Work:** | Minions: The Rise of Gru |
| **Previous or Alternate Title:** | Minions 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | June 23, 2022 |
| **Nation of 1st Publication:** | Australia |
| **Preregistration:** | PRE000011556 |

## Author

| | |
|---|---|
| **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

| | |
|---|---|
| **Author:** | Universal Animation Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Universal City Studios Productions LLLP<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Certification

**Name:** Carly Seabrook
**Date:** June 27, 2022

# EXHIBIT 87

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-502-409

**Effective Date of Registration:**
November 20, 2024
**Registration Decision Date:**
November 25, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Wicked |
| **Previous or Alternate Title:** | Wicked (Part 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | November 20, 2024 |
| **Nation of 1st Publication:** | Indonesia |
| **Preregistration:** | PRE000013486 |

## Author

| | |
|---|---|
| •    **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Universal City Studios Productions LLLP<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, Previously published/registered "Wicked" works |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Carly Seabrook |

**Date:**     November 20, 2024

# EXHIBIT 88



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-421-392**

**Effective Date of Registration:**
July 21, 2023
**Registration Decision Date:**
July 21, 2023

## Title
_____

**Title of Work:**   BARBIE

## Completion/Publication
_____

**Year of Completion:**   2023
**Date of 1st Publication:**   July 19, 2023
**Nation of 1ˢᵗ Publication:**   Belgium
**Preregistration:**   PRE000012882

## Author
_____

- **Author:**   Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:**   By written agreement

## Limitation of copyright claim
_____

**Material excluded from this claim:**   script/screenplay, Certain preexisting, licensed materials and music. Based on preexisting characters and toys.

**New material included in claim:**   all other cinematographic material

## Rights and Permissions
_____

**Organization Name:**   Warner Bros. Entertainment Inc.
**Address:**   4000 Warner Boulevard
ATTN: Legal Dept.

Page 1 of 2

Burbank, CA 91522-1562 United States

## Certification

**Name:** Sherri Markarian
**Date:** July 21, 2023

**Correspondence:** Yes

# EXHIBIT 89

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-981-624

**Effective Date of Registration:**
March 30, 2016

## Title

| | |
|---|---|
| **Title of Work:** | BATMAN V SUPERMAN:  DAWN OF JUSTICE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 23, 2016 |
| **Nation of 1st Publication:** | Belgium |

## Author

| | |
|---|---|
| • **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer statement:** | By Assignment |
| **Copyright Claimant:** | Ratpac-Dune Entertainment LLC |
| | 5851 West Charleston Blvd., Las Vegas, NV, 89146, United States |
| **Transfer statement:** | By Assignment |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, Based on characters from DC Comics.  BATMAN created by Bob Kane with Bill Finger.  SUPERMAN created by Jerry Siegel and Joe Shuster. WONDER WOMAN created by William Moulton Marston. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |
| **Address:** | 4000 Warner Boulevard |

Building 156 South, Room 2351
Burbank, CA 91522-1562 United States

## Certification

| | |
|---|---|
| **Name:** | Paula Reno |
| **Date:** | March 23, 2016 |

**Copyright Office notes:**     Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.



# EXHIBIT 90

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-044-585

**Effective Date of Registration:**
July 20, 2017

## Title

**Title of Work:**  DUNKIRK

## Completion/Publication

**Year of Completion:**  2017
**Date of 1st Publication:**  July 19, 2017
**Nation of 1st Publication:**  Belgium
**Preregistration:**  PRE000009483

## Author

- **Author:**  Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:**  By Assignment

**Copyright Claimant:**  Ratpac-Dune Entertainment LLC
5851 West Charleston Blvd, Las Vegas, NV, 89146, United States
**Transfer statement:**  By Assignment

## Limitation of copyright claim

**Material excluded from this claim:**  script/screenplay, preexisting footage, preexisting photograph(s), preexisting
music

**New material included in claim:**  all other cinematographic material

## Rights and Permissions

**Organization Name:**  Warner Bros. Entertainment Inc.
**Address:**  4000 Warner Boulevard
Burbank, CA 91522-1562 United States

## Certification

             **Name:**  Paula Reno
              **Date:**  July 19, 2017

      **Correspondence:**  Yes
**Copyright Office notes:**  Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

# EXHIBIT 91

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

under the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-398-100**



*PA0001398100*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**4    12    2016**

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
**GRAVITY**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-869-301 | 2013 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Warner Bros. Pictures, a division of WB Studio Enterprises Inc. | Warner Bros. Entertainment Inc. |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___4___    Line Heading or Description ___Copyright Claimant___

Incorrect Information as It Appears in Basic Registration ▼

Warner Bros. Entertainment Inc.

Corrected Information ▼

Please see Continuation Space on next page.

Explanation of Correction ▼

Ratpac-Dune Entertainment LLC was a co-claimant when the original registration was made, but was inadvertently omitted from the application.

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.    · Sign the form at Space F.
DO NOT WRITE HERE
Page 1 of __2__ pages

FORM CA RECEIVED

## APR 1 2 2016

FUNDS RECEIVED DATE

**FORM CA**

EXAMINED BY

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒YES   ❑NO

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B or ❑ Part C

Corrected Information:

Copyright Claimant(s) Continued:

Warner Bros. Entertainment Inc.

4000 Warner Blvd.,

Burbank, CA 91522

Ratpac-Dune Entertainment LLC

5851 W. Charleston Blvd.

Las Vegas, NV 89146

Transfer Statement: By Assignment (all parties)

**D**

---

Correspondence: Give name and address to which correspondence about this application should be sent.

Same as Space G.

**E**

Phone ( 818 )  954-2505       Fax ( 818 )  954-3855       Email  craig.hamilton@warnerbros.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name   Warner Bros. Entertainment Inc.

Account Number   DA013544

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❑ author                    ❑ owner of exclusive right(s)
❑ other copyright claimant  ☒ duly authorized agent of   Warner Bros. Entertainment Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼        CRAIG HAMILTON                              Date ▼ 4/11/2016

Handwritten signature (X) ▼

**F**

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Craig Hamilton, Warner Bros. Entertainment Inc.

Number/Street/Apt ▼
4000 Warner Blvd., Bldg. 156 South, Room 2351

City/State/ZIP ▼
Burbank, CA 91522-1562

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

**G**

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 10/2011  Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

# EXHIBIT 92

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-721-904

**Effective date of
registration:**

March 4, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Harry Potter and the Deathly Hallows Part 1 |
| **Previous or Alternative Title:** | Harry Potter 7A |
| | Extra Time |
| | Road Movie |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | November 17, 2010    **Nation of 1st Publication:** Belgium |
| **Preregistration:** | PRE000004015 |

## Author

| | |
|---|---|
| ■ **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on the novel entitled "HARRY POTTER AND THE DEATHLY HALLOWS" written by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE DEATHLY HALLOWS - PART 1" by Steve Kloves. Certain pre-existing music, sound recordings and publications. |
| **New material included in claim:** | Motion picture, including audio, visual and other cinematographic material. |

## Rights and Permissions

Page 1 of 2

Page 2 of 2

| | |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |
| **Address:** | 4000 Warner Boulevard |
| | Bldg. 156 North, Room 4620 |
| | Burbank, CA 91522-1564  United States |

## Certification

| | |
|---|---|
| **Name:** | Cindy O'Neil |
| **Date:** | March 3, 2011 |

# EXHIBIT 93

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-742-099

**Effective date of
registration:**

July 22, 2011

## Title

**Title of Work:** Harry Potter and the Deathly Hallows Part 2

**Previous or Alternative Title:** Harry Potter and the Deathly Hallows Part II

Harry Potter 7B 3D

Harry Potter 7 Part 2 3D

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** July 13, 2011        **Nation of 1st Publication:** Austria

**Preregistration:** PRE000004656

## Author

**Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, CA, 91522, United States

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Based on the novel entitled "HARRY POTTER AND THE DEATHLY
HALLOWS" by J.K. Rowling.  Screenplay entitled "HARRY POTTER
AND THE DEATHLY HALLOWS - PART 2" by Steve Kloves.  Certain pre-
existing music and sound recordings.

**New material included in claim:** Motion picture, including audio, visual and other cinematographic material.

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.

**Address:** 4000 Warner Boulevard

Bldg. 156 North, Room 4620

Burbank, CA 91522-1564  United States

## Certification

**Name:** Cindy O'Neil

**Date:** July 21, 2011

# EXHIBIT 94

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-647-906

**Effective date of
registration:**

October 23, 2009

## Title

| | |
|---|---|
| **Title of Work:** | Harry Potter and the Half-Blood Prince |
| **Previous or Alternative Title:** | Harry Potter 6 |
| | The Half-Blood Prince |
| | Candlelight |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | July 15, 2009 |
| **Preregistration:** | PRE000002477 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | Entire Work |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, CA 91522 United States |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

**Material excluded from this claim:** Book entitled "HARRY POTTER AND THE HALF-BLOOD PRINCE" by
J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE HALF-
BLOOD PRINCE" by Steve Kloves. Certain sound recordings, artwork and
musical compositions.

**New material included in claim:** Motion picture, including audio, visual and other cinematographic material.

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.

**Address:** 4000 Warner Boulevard

Bldg. 156 North, Room 4620

Burbank, CA 91522-1564  United States

## Certification

**Name:** Cindy O'Neil

**Date:** October 22, 2009

# EXHIBIT 95

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-355-547**

**Effective date of registration:**

September 21, 2007

## Title

Title of Work: HARRY POTTER AND THE ORDER OF THE PHOENIX

Previous or Alternative Title: HARRY POTTER 5

Nature of Work: MOTION PICTURE

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: July 11, 2007          Nation of 1st Publication: United States

Preregistration: PRE000000605

## Author

- Author: Warner Bros. Pictures a division of WB Studio Enterprises Inc.

Author Created: ENTIRE WORK

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, California 91522

Transfer Statement: By Assignment

## Limitation of copyright claim

Material excluded from this claim: Based on the novel entitled "HARRY POTTER AND THE ORDER OF THE PHOENIX" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE ORDER OF THE PHOENIX" by Michael Goldenberg. Certain film clips and sound recordings.

Previously registered: No

New material included in claim: Motion picture including audio, visual and other cinematographic material.

## Certification

Page 1 of 2

Name:   CINDY O'NEIL

Date:   September 19, 2007

Copyright Office notes:    Regarding publication: Application also gives Canada as nation of first
publication.

# EXHIBIT 96

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-274-728**

**Effective Date of Registration:**
January 27, 2021
**Registration Decision Date:**
February 02, 2021

---

### Title

**Title of Work:** THE LITTLE THINGS

### Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 27, 2021
**Nation of 1st Publication:** Egypt
**Preregistration:** PRE000011293

### Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:** By written agreement

### Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, Preexisting licensed materials.

**New material included in claim:** all other cinematographic material

### Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522 United States

## Certification

          **Name:**  Lupe Lopez
          **Date:**  January 27, 2021

        **Correspondence:**  Yes

# EXHIBIT 97



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-304-248**

**Effective Date of Registration:**
July 28, 2021
**Registration Decision Date:**
July 28, 2021

## Title

**Title of Work:**    THE SUICIDE SQUAD

## Completion/Publication

**Year of Completion:**    2021
**Date of 1st Publication:**    July 28, 2021
**Nation of 1ˢᵗ Publication:**    Belgium
**Preregistration:**    PRE000011904

## Author

- **Author:**    Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:**    By assignment

## Limitation of copyright claim

**Material excluded from this claim:**    script/screenplay, certain pre-existing licensed materials; based on characters
from DC.

**New material included in claim:**    all other cinematographic material

## Rights and Permissions

**Organization Name:**    Warner Bros. Entertainment Inc.
**Address:**    4000 Warner Boulevard
Building 156 South, Room 2351

Burbank, CA 91522-1562 United States

## Certification

|            |               |
|------------|---------------|
| **Name:** | Paula Reno    |
| **Date:** | July 28, 2021 |

**Correspondence:**  Yes

# EXHIBIT 98

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-995-698

**Effective Date of Registration:**
August 04, 2016

## Title

**Title of Work:**    SUICIDE SQUAD

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 03, 2016
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000008502

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:** By Assignment

**Copyright Claimant:** Ratpac-Dune Entertainment LLC
5851 West Charleston Blvd, Las Vegas, NV, 89146, United States
**Transfer statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, Based on characters from DC Entertainment

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522-1562 United States

## Certification

**Name:**  Paula Reno
**Date**:  August 03, 2016

# EXHIBIT 99

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## PA 2-262-782

**Effective Date of Registration:**
October 27, 2020
**Registration Decision Date:**
November 04, 2020

## Title

**Title of Work:** TENET

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 26, 2020
**Nation of 1st Publication:** United Kingdom
**Preregistration:** PRE000011379

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, Certain licensed, pre-existing materials.

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** Legal Dept.
c/o 4000 Warner Blvd.
Burbank, CA 91522 United States

Page 1 of 2

## Certification

**Name:** Craig Hamilton
**Date:** August 26, 2020

**Correspondence:** Yes

# EXHIBIT 100

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Perry Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-036-078

**Effective Date of Registration:**
June 06, 2017

## Title

| | |
|---|---|
| **Title of Work:** | WONDER WOMAN |
| **Previous or Alternate Title:** | WONDER WOMAN -- RISE OF THE WARRIOR |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | May 30, 2017 |
| **Nation of 1st Publication:** | Hong Kong |
| **Preregistration:** | PRE000009593 |

## Author

| | |
|---|---|
| • **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Blvd., Burbank, CA, 91522, United States |
| **Transfer statement:** | By Assignment |
| **Copyright Claimant:** | Ratpac-Dune Entertainment LLC |
| | 5851 W. Charleston Blvd., Burbank, NV, 89146, United States |
| **Transfer statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, Based on characters from DC comics. Certain artwork and paintings. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |

Page 1 of 2

Page 2 of 2

**Address:**  c/o The Legal Dept.
4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification

**Name:**  Craig Hamilton
**Date:**  May 31, 2017