SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
KATELYN A. FELICIANO (State Bar No. 350385)
  katelynfeliciano@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

L. DANIELLE TOALTOAN (NY Bar No. 5074315), *pro hac vice*
  danielletoaltoan@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone:  (212) 489-8230
Fax:  (212) 489-8340

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; PARAMOUNT PICTURES CORPORATION; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT INC., <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br>ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS LLC; and Does 1-10 d/b/a outerlimitsiptv.com and outerlimitshosting.net, <br><br>　　　　　　Defendants. | Case No. **5:25-cv-00685-JLS (DTBx)** <br><br>**SUPPLEMENTAL DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** <br><br>Assigned to the Hon. Josephine L. Staton <br><br>Action Filed:  March 4, 2025 |

I, Scott Commerson, declare and state as follows:

1.    I am a Partner at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon Content Services LLC, Apple Video Programming LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix US, LLC, Paramount Pictures Corporation, Universal City Studios Productions LLLP, Universal City Studios LLC, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") in the above-entitled litigation. The statements made below are true to the best of my knowledge and belief, and if called upon I could competently testify to them. I submit this declaration in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants ("Motion").

2.    As part of its standard practices, DWT keeps regular records regarding the hours worked by attorneys on legal matters. Attached as **Exhibit A** is a true and correct copy of DWT's time records for services rendered for this lawsuit by myself, by DWT partners Sean Sullivan and L. Danielle Toaltoan, by DWT associates Katelyn Feliciano and Samantha Chiang, and by DWT law clerk Sydney Clarke. These attorneys and I have been the primary attorneys working on this case. I have redacted portions of certain entries to protect the attorney-client privilege.

3.    As identified in Exhibit A, DWT's work on this lawsuit included investigating Defendants' wide-ranging and years-long infringement scheme; researching legal issues and drafting the Complaint; responding to an Order to Show Cause; and conducting motions practice, including preparing an application for entry of default and the instant motion for default judgment and permanent injunction and supporting declarations and exhibits.

4.    Plaintiffs' lodestar in this action is $206,293. This number represents the time that the attorneys listed above and I have expended on this lawsuit, multiplied by our reasonable hourly rates.

---

1

DECL. OF SCOTT COMMERSON ISO PLAINTIFFS' FOR DEFAULT
JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**Attorney Qualifications and Rates.**

5.     I am a partner in DWT's Los Angeles office. I have been practicing law since my graduation from University of Virginia School of Law in 2003. More information concerning my experience and qualifications is available at https://www.dwt.com/people/c/commerson-scott-r. My 2024 standard billing rate was $990 per hour and my 2025 standard billing rate is $1,090 per hour.

6.     Sean Sullivan is a partner in DWT's Los Angeles office. He has been practicing law since his graduation from University of Southern California Gould School of Law in 2003. More information concerning his experience and qualifications is available at https://www.dwt.com/people/s/sullivan-sean-m. Mr. Sullivan's 2024 standard billing rate was $965 per hour and his 2025 standard billing rate is $1,060 per hour.

7.     L. Danielle Toaltoan is a partner in DWT's New York office. She has been practicing law since her graduation from Columbia Law School in 2011. More information concerning her experience and qualifications is available at https://www.dwt.com/people/t/toaltoan-l-danielle. Ms. Toaltoan's 2024 standard billing rate was $885 per hour and her 2025 standard billing rate is $975 per hour.

8.     Katelyn Feliciano is a litigation associate in DWT's Los Angeles office. She has been practicing law since her graduation from University of California Berkley School of Law in 2021. More information concerning her experience and qualifications is available at https://www.dwt.com/people/f/feliciano-katelyn-a. Ms. Feliciano's 2024 standard billing rate was $620 per hour and her 2025 standard billing rate is $680 per hour.

9.     Samantha Chiang is a litigation associate in DWT's Los Angeles office. She has been practicing law since her graduation from Loyola Law School, Los Angeles in 2024. More information concerning her experience and qualifications is available at https://www.dwt.com/people/c/chiang-sam. Ms.

DECL. OF SCOTT COMMERSON ISO PLAINTIFFS' FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Chiang's 2024 standard billing rate was $565 per hour and her 2025 standard billing rate is $600 per hour.

10.    Sydney Clarke is a law clerk in DWT's New York office. She has been a law clerk since her graduation from Benjamin N. Cardoza School of Law in 2024. More information concerning her experience and qualifications is available at https://www.dwt.com/people/c/clarke-sydney. Ms. Clerk's 2025 standard billing rate is $625 per hour.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 6th day of August, 2025, at Los Angeles, California.


*/s/ Scott Commerson*
Scott R. Commerson

DECL. OF SCOTT COMMERSON ISO PLAINTIFFS' FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899