# EXHIBIT A

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/20/2024 | Commerson, Scott | 0.80 | $990 | $792.00 | Research regarding [REDACTED] issue for MPA cases, communicate with K. Feliciano regarding [REDACTED], confer regarding [REDACTED], and begin review of investigator report |
| 9/20/2024 | Feliciano, Katelyn | 0.20 | $620 | $124.00 | Call regarding drafting complaint regarding Motion Picture Association copyright claims |
| 9/20/2024 | Sullivan, Sean | 1.30 | $965 | $1,254.50 | Attend call with [REDACTED] and [REDACTED] regarding [REDACTED] (0.2); attend video conference with S. Commerson and team to discuss [REDACTED] (0.8) |
| 9/20/2024 | Toaltoan, Danielle | 0.80 | $885 | $708.00 | Attend call with [REDACTED] and [REDACTED] regarding [REDACTED] |
| 9/23/2024 | Commerson, Scott | 0.40 | $990 | $396.00 | Attention to [REDACTED] and confer with client regarding [REDACTED] |
| 9/24/2024 | Commerson, Scott | 0.40 | $990 | $396.00 | Communicate with K. Feliciano regarding [REDACTED] and confer with [REDACTED] regarding [REDACTED] |
| 9/24/2024 | Feliciano, Katelyn | 0.20 | $620 | $124.00 | Discuss Motion Pictures Association IP enforcement matter |
| 9/25/2024 | Commerson, Scott | 0.70 | $990 | $693.00 | Call with K. Feliciano to discuss [REDACTED] |
| 9/25/2024 | Feliciano, Katelyn | 1.00 | $620 | $620.00 | Discuss [REDACTED] (0.5); review investigative reports and prior [REDACTED] research (0.5) |
| 9/25/2024 | Sullivan, Sean | 0.70 | $965 | $675.50 | Prepare for and attend call with counsel at [REDACTED] to discuss [REDACTED] |
| 9/25/2024 | Toaltoan, Danielle | 0.60 | $885 | $531.00 | Review [REDACTED] provided by MPA |
| 9/26/2024 | Commerson, Scott | 0.70 | $990 | $693.00 | Call with [REDACTED] to [REDACTED] and review [REDACTED] results from [REDACTED] |
| 9/26/2024 | Feliciano, Katelyn | 0.40 | $620 | $248.00 | Meet with [REDACTED] regarding [REDACTED] |
| 9/26/2024 | Sullivan, Sean | 0.70 | $965 | $675.50 | Work on engagement letter and side letter regarding joint representation |
| 9/27/2024 | Commerson, Scott | 0.60 | $990 | $594.00 | Attention to information to prepare Complaint, confer with client regarding [REDACTED], and follow up with [REDACTED] regarding additional research |
| 9/27/2024 | Feliciano, Katelyn | 0.50 | $620 | $310.00 | Coordinate uploading [REDACTED] investigation documents to NetDocs (0.3); review correspondence with client regarding [REDACTED] (0.1); correspondence with S. Commerson regarding [REDACTED] (0.1) |
| 9/27/2024 | Sullivan, Sean | 0.60 | $965 | $579.00 | Review DeBarr case documents provided by [REDACTED] and analyze investigator report to determine information needed for complaint |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/30/2024 | Commerson, Scott | 0.40 | $990 | $396.00 | Discuss [REDACTED] with S. Sullivan, and [REDACTED] with D. Toaltoan |
| 9/30/2024 | Feliciano, Katelyn | 1.20 | $620 | $744.00 | Review MPA files on target for complaint (0.7); meet with S. Sullivan regarding [REDACTED] (0.5) |
| 9/30/2024 | Sullivan, Sean | 1.50 | $965 | $1,447.50 | Video conference with K. Feliciano regarding [REDACTED] (0.5); review case background materials and investigator files (0.6); multiple conferences with S. Commerson regarding [REDACTED] (0.4) |
| 10/1/2024 | Commerson, Scott | 0.10 | $990 | $99.00 | Follow up regarding [REDACTED] |
| 10/1/2024 | Sullivan, Sean | 0.50 | $965 | $482.50 | Communicate with [REDACTED] regarding [REDACTED] |
| 10/1/2024 | Toaltoan, Danielle | 0.90 | $885 | $796.50 | Review of DeBarr background investigation materials |
| 10/2/2024 | Feliciano, Katelyn | 1.90 | $620 | $1,178.00 | Draft complaint against DeBarr and list of follow up investigation questions |
| 10/2/2024 | Toaltoan, Danielle | 1.40 | $885 | $1,239.00 | Review of investigation materials for DeBarr (0.3); correspond internally regarding [REDACTED] (1.1) |
| 10/3/2024 | Feliciano, Katelyn | 3.90 | $620 | $2,418.00 | Draft complaint against DeBarr |
| 10/3/2024 | Sullivan, Sean | 0.40 | $965 | $386.00 | Review memo summarizing [REDACTED] |
| 10/4/2024 | Feliciano, Katelyn | 2.50 | $620 | $1,550.00 | Draft complaint against DeBarr |
| 10/7/2024 | Feliciano, Katelyn | 2.70 | $620 | $1,674.00 | Draft complaint against DeBarr and [REDACTED] |
| 10/7/2024 | Sullivan, Sean | 0.80 | $965 | $772.00 | Review and revise draft complaint |
| 10/8/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Confer with K. Feliciano and S. Sullivan regarding [REDACTED] |
| 10/8/2024 | Sullivan, Sean | 0.70 | $965 | $675.50 | Review and revise draft complaint |
| 10/9/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Discuss [REDACTED] research with K. Feliciano |
| 10/9/2024 | Feliciano, Katelyn | 0.40 | $620 | $248.00 | Correspondence with client regarding [REDACTED] (0.1); correspondence with client regarding [REDACTED] (0.2); correspondence regarding [REDACTED] (0.1) |
| 10/10/2024 | Chiang, Samantha | 0.70 | $565 | $395.50 | Research [REDACTED] requirements across circuits |
| 10/10/2024 | Chiang, Samantha | 0.50 | $565 | $282.50 | Confer regarding [REDACTED] |
| 10/10/2024 | Commerson, Scott | 1.30 | $990 | $1,287.00 | Attend meeting with MPA to discuss [REDACTED], and review further research into associated entity |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 10/10/2024 | Feliciano, Katelyn | 1.60 | $620 | $992.00 | Meet with client regarding ▮▮▮ (0.8); circulate call notes to team (0.1); meet with S. Chiang regarding ▮▮▮ (0.5); review ▮▮▮ research and send materials to S. Chiang (0.2) |
| 10/10/2024 | Sullivan, Sean | 1.00 | $965 | $965.00 | Attend video conference with MPA team regarding ▮▮▮ |
| 10/10/2024 | Sullivan, Sean | 1.90 | $965 | $1,833.50 | Review and revise draft complaint |
| 10/11/2024 | Chiang, Samantha | 0.10 | $565 | $56.50 | Research ▮▮▮ factors across circuits |
| 10/11/2024 | Commerson, Scott | 1.50 | $990 | $1,485.00 | Review and revise draft Complaint and review report |
| 10/11/2024 | Feliciano, Katelyn | 0.20 | $620 | $124.00 | Create Dropbox secure link and send ▮▮▮ to client |
| 10/11/2024 | Sullivan, Sean | 2.60 | $965 | $2,509.00 | Review and revise draft complaint |
| 10/12/2024 | Commerson, Scott | 1.50 | $990 | $1,485.00 | Further revise Complaint and ▮▮▮ |
| 10/12/2024 | Sullivan, Sean | 0.50 | $965 | $482.50 | Review and revise draft complaint |
| 10/13/2024 | Commerson, Scott | 0.10 | $990 | $99.00 | Follow up with ▮▮ regarding ▮▮▮ |
| 10/14/2024 | Commerson, Scott | 0.90 | $990 | $891.00 | Confer with team regarding ▮▮▮ |
| 10/14/2024 | Feliciano, Katelyn | 3.40 | $620 | $2,108.00 | Meet with S. Commerson and S. Sullivan regarding ▮▮▮ (1.0); implement edits to DeBarr complaint (2.4) |
| 10/14/2024 | Sullivan, Sean | 0.10 | $965 | $96.50 | Email ▮▮▮ to ▮▮▮ and ▮▮▮ |
| 10/14/2024 | Sullivan, Sean | 0.80 | $965 | $772.00 | Attend video conference with S. Commerson and K. Feliciano regarding ▮▮▮ |
| 10/14/2024 | Sullivan, Sean | 0.70 | $965 | $675.50 | Review and revise draft complaint |
| 10/15/2024 | Chiang, Samantha | 3.70 | $565 | $2,090.50 | Research purposeful direction tests under different circuits |
| 10/15/2024 | Feliciano, Katelyn | 1.50 | $620 | $930.00 | Review ▮▮▮ research and ▮▮▮ |
| 10/17/2024 | Feliciano, Katelyn | 0.20 | $620 | $124.00 | Correspondence with S. Chiang regarding ▮▮▮ (0.1); review correspondence with client regarding ▮▮▮ (0.1) |
| 10/17/2024 | Sullivan, Sean | 0.30 | $965 | $289.50 | Email with ▮▮▮ and ▮▮▮ regarding ▮▮▮ |
| 10/18/2024 | Feliciano, Katelyn | 0.50 | $620 | $310.00 | Meet with S. Chiang regarding ▮▮▮ |
| 10/18/2024 | Sullivan, Sean | 0.40 | $965 | $386.00 | Communicate with ▮▮▮ and ▮▮▮ regarding ▮▮▮ |
| 10/21/2024 | Sullivan, Sean | 0.20 | $965 | $193.00 | Email ▮▮▮ regarding ▮▮▮ |
| 10/22/2024 | Feliciano, Katelyn | 0.10 | $620 | $62.00 | Discuss ▮▮▮ regarding ▮▮▮ with S. Chiang |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/30/2024 | Sullivan, Sean | 0.20 | $965 | $193.00 | Review email from ███ and ███ regarding ███ ███ |
| 11/1/2024 | Feliciano, Katelyn | 1.10 | $620 | $682.00 | Meet with client, S. Sullivan, and S. Commerson regarding ███ ███ |
| 11/1/2024 | Sullivan, Sean | 1.30 | $965 | $1,254.50 | Prepare for and attend video conference with MPA team regarding ███ ███ |
| 11/4/2024 | Feliciano, Katelyn | 1.20 | $620 | $744.00 | Review call notes regarding ███ and review DeBarr investigation to determine ███ |
| 11/7/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Attention to finalizing engagement letter and ███ |
| 11/8/2024 | Feliciano, Katelyn | 0.20 | $620 | $124.00 | Correspondence with team regarding ███ |
| 11/8/2024 | Sullivan, Sean | 0.50 | $965 | $482.50 | Review ███ by MPA |
| 11/8/2024 | Sullivan, Sean | 0.20 | $965 | $193.00 | Communicate with K. Feliciano regarding ███ ███ |
| 11/8/2024 | Toaltoan, Danielle | 0.30 | $885 | $265.50 | Attention to ███ to draft complaint ███ |
| 11/13/2024 | Feliciano, Katelyn | 1.50 | $620 | $930.00 | Meet with client regarding ███ (1.1); review ███ ███ in preparation for client call (0.4) |
| 11/13/2024 | Sullivan, Sean | 1.60 | $965 | $1,544.00 | Prepare for and attend video conference with ███ and K. Feliciano regarding ███ |
| 11/14/2024 | Feliciano, Katelyn | 3.30 | $620 | $2,046.00 | Edits to DeBarr complaint |
| 11/14/2024 | Sullivan, Sean | 0.20 | $965 | $193.00 | Review communications with ███ regarding ███ |
| 11/18/2024 | Feliciano, Katelyn | 0.10 | $620 | $62.00 | Review T. Cole file regarding ███ |
| 11/18/2024 | Sullivan, Sean | 0.30 | $965 | $289.50 | Review communications related to ███ ███ |
| 11/18/2024 | Sullivan, Sean | 0.40 | $965 | $386.00 | Review revised version of complaint incorporating ███ |
| 11/19/2024 | Feliciano, Katelyn | 1.20 | $620 | $744.00 | Meet with client and S. Sullivan regarding ███ (0.7); review edits to DeBarr complaint (0.5) |
| 11/19/2024 | Sullivan, Sean | 0.60 | $965 | $579.00 | Attend video conference with client team to discuss ███ ███ |
| 11/19/2024 | Sullivan, Sean | 1.10 | $965 | $1,061.50 | Review and revise draft complaint to address ███ |
| 11/20/2024 | Commerson, Scott | 0.30 | $990 | $297.00 | Review and revise Complaint and ███ |
| 11/20/2024 | Feliciano, Katelyn | 0.70 | $620 | $434.00 | Edits to DeBarr Complaint |
| 11/20/2024 | Sullivan, Sean | 0.20 | $965 | $193.00 | Communicate with S. Commerson and K. Feliciano regarding ███ |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/2/2024 | Feliciano, Katelyn | 0.60 | $620 | $372.00 | Confirm DeBarr Youtube video material was captured (0.4); correspondence with client regarding ████████ (0.1); review ████████ to DeBarr complaint (0.1) |
| 12/2/2024 | Sullivan, Sean | 0.60 | $965 | $579.00 | Review ████████ by MPA team |
| 12/2/2024 | Sullivan, Sean | 0.60 | $965 | $579.00 | Review emails from client regarding ████████ |
| 12/3/2024 | Feliciano, Katelyn | 0.30 | $620 | $186.00 | Meet with ████ regarding ████ |
| 12/3/2024 | Sullivan, Sean | 0.40 | $965 | $386.00 | Attend video conference with MPA team to discuss ████ |
| 12/4/2024 | Feliciano, Katelyn | 0.30 | $620 | $186.00 | Correspondence with ████ regarding ████ |
| 12/4/2024 | Sullivan, Sean | 0.20 | $965 | $193.00 | Review email communications from client team regarding ████ |
| 12/5/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Review ████ and confer with team regarding ██ |
| 12/5/2024 | Feliciano, Katelyn | 1.10 | $620 | $682.00 | Meet with ████ regarding ██ (0.5); research whether settlement negotiation privilege applies to complaint allegations (0.4); correspondence regarding ████ (0.2) |
| 12/5/2024 | Sullivan, Sean | 0.20 | $965 | $193.00 | Analyze strategy with respect to ████ |
| 12/6/2024 | Feliciano, Katelyn | 0.20 | $620 | $124.00 | Correspondence with S. Commerson and S. Sullivan regarding ████ |
| 12/9/2024 | Commerson, Scott | 0.90 | $990 | $891.00 | Call with K. Feliciano and S. Sullivan to discuss ████ |
| 12/9/2024 | Feliciano, Katelyn | 5.00 | $620 | $3,100.00 | Research regarding application of FRE 408 to allegations and inducement of copyright infringement (2.8); meet with S. Sullivan and S. Commerson regarding ████ (1.0); edits to DeBarr complaint (0.4); draft email to client ████ (0.8) |
| 12/9/2024 | Sullivan, Sean | 1.20 | $965 | $1,158.00 | Prepare for and attend video conference with S. Commerson and K. Feliciano regarding ████ |
| 12/9/2024 | Sullivan, Sean | 0.40 | $965 | $386.00 | Review draft complaint and analyze issues related to ████ |
| 12/10/2024 | Feliciano, Katelyn | 0.50 | $620 | $310.00 | Correspondence with client regarding ████ (0.2); correspondence with ██ regarding ████ (0.1); review ████ edits to complaint (0.2) |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/12/2024 | Feliciano, Katelyn | 0.70 | $620 | $434.00 | Review correspondence with studios regarding ▮ (0.1); correspondence with client regarding ▮ (0.1); meet with ▮ regarding ▮ (0.4); memorialize discussion with ▮ (0.1) |
| 12/12/2024 | Sullivan, Sean | 0.30 | $965 | $289.50 | Attend video conference with ▮ to discuss ▮ |
| 12/12/2024 | Sullivan, Sean | 0.50 | $965 | $482.50 | Review filings from ▮ complaint and confer with K. Feliciano regarding ▮ |
| 12/13/2024 | Feliciano, Katelyn | 3.40 | $620 | $2,108.00 | Incorporate ▮ comments to ▮ complaint and address comments |
| 12/14/2024 | Feliciano, Katelyn | 0.20 | $620 | $124.00 | Correspondence regarding ▮ |
| 12/16/2024 | Chiang, Samantha | 0.40 | $565 | $226.00 | Research and draft correspondence about ▮ |
| 12/16/2024 | Commerson, Scott | 0.60 | $990 | $594.00 | Call with client to discuss ▮ |
| 12/16/2024 | Feliciano, Katelyn | 0.40 | $620 | $248.00 | Meet with client regarding ▮ |
| 12/16/2024 | Sullivan, Sean | 0.90 | $965 | $868.50 | Prepare for and attend video conference with ▮ to discuss ▮ |
| 12/17/2024 | Feliciano, Katelyn | 2.90 | $620 | $1,798.00 | Meet with client regarding ▮ (1.0); address ▮ comments to DeBarr complaint and send to S. Sullivan and S. Commerson to review (1.9) |
| 12/18/2024 | Commerson, Scott | 0.40 | $990 | $396.00 | Review studios' comments and further revise Complaint |
| 12/18/2024 | Feliciano, Katelyn | 1.70 | $620 | $1,054.00 | Finalize edits to complaint and create separate versions for each studio |
| 12/18/2024 | Sullivan, Sean | 0.80 | $965 | $772.00 | Review and revise draft complaint to address ▮ |
| 12/19/2024 | Feliciano, Katelyn | 1.70 | $620 | $1,054.00 | Separate out edits to ▮ and send over to ▮ |
| 12/24/2024 | Feliciano, Katelyn | 0.10 | $620 | $62.00 | Correspondence regarding ▮ |
| 1/7/2025 | Feliciano, Katelyn | 0.20 | $680 | $136.00 | Create clean draft to ▮ |
| 1/9/2025 | Feliciano, Katelyn | 0.30 | $680 | $204.00 | Edits to draft complaint |
| 1/20/2025 | Feliciano, Katelyn | 0.30 | $680 | $204.00 | Review correspondence with ▮ regarding ▮ |
| 1/21/2025 | Feliciano, Katelyn | 0.30 | $680 | $204.00 | Develop plan for r▮ |
| 1/31/2025 | Feliciano, Katelyn | 0.60 | $680 | $408.00 | Edits to DeBarr complaint |
| 2/4/2025 | Feliciano, Katelyn | 0.10 | $680 | $68.00 | Review ▮ edits to complaint |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/6/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Communicate with S. Commerson regarding ███████████████ |
| 2/19/2025 | Sullivan, Sean | 0.30 | $1,060 | $318.00 | Email K. Feliciano, D. Toaltoan and S. Commerson regarding ███████████ |
| 2/24/2025 | Sullivan, Sean | 0.60 | $1,060 | $636.00 | Review materials related to complaint and title lists in preparation for filing |
| 2/26/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Call with team to ████████ |
| 2/26/2025 | Sullivan, Sean | 0.80 | $1,060 | $848.00 | Review emails and various documents related to title selection and other logistics for filings of pleadings |
| 2/26/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Attend video conference with S. Commerson and DWT team to discuss ██████ |
| 2/27/2025 | Feliciano, Katelyn | 1.50 | $680 | $1,020.00 | Draft case initiating documents; draft Corporate Disclosure; review complaint |
| 2/28/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Review titles list |
| 2/28/2025 | Feliciano, Katelyn | 3.10 | $680 | $2,108.00 | Draft Exhibit A to the complaint |
| 2/28/2025 | Sullivan, Sean | 0.40 | $1,060 | $424.00 | Communicate with D. Toaltoan regarding ██████████████ |
| 2/28/2025 | Toaltoan, Danielle | 1.10 | $975 | $1,072.50 | Review and edit draft complaint and corporate disclosure statement; direct K. Feliciano regarding the same |
| 3/2/2025 | Feliciano, Katelyn | 0.80 | $680 | $544.00 | Edits to draft Exhibit A to the complaint |
| 3/2/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Email with S. Commerson and team regarding █████████████████ |
| 3/2/2025 | Sullivan, Sean | 0.60 | $1,060 | $636.00 | Review emails relating to ████████████████ |
| 3/3/2025 | Feliciano, Katelyn | 2.00 | $680 | $1,360.00 | Edits to Ex. A to Complaint, Complaint, and Corporate Disclosures |
| 3/3/2025 | Sullivan, Sean | 0.80 | $1,060 | $848.00 | Review emails and documents set for ████████ |
| 3/4/2025 | Commerson, Scott | 0.40 | $1,090 | $436.00 | Communicate with team regarding ██████████ |
| 3/4/2025 | Feliciano, Katelyn | 3.20 | $680 | $2,176.00 | Oversee filing of complaint and case initiating documents; follow up with clerk's office regarding amended civil case cover sheet |
| 3/4/2025 | Sullivan, Sean | 1.60 | $1,060 | $1,696.00 | Work on issues related to filing of complaint and related documents |
| 3/5/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Confer regarding ████████████████ |
| 3/5/2025 | Feliciano, Katelyn | 0.20 | $680 | $136.00 | Correspondence regarding ██████████ |
| 3/5/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Work on issues related to service of complaint and documents on defendant |
| 3/5/2025 | Toaltoan, Danielle | 0.80 | $975 | $780.00 | Attention to pro hac vice motion and certificate of good standing |
| 3/6/2025 | Feliciano, Katelyn | 0.90 | $680 | $612.00 | Identify DeBarr's and iLockSport's service of process address (0.3); review service submission packets (0.2); correspondence regarding ████████████ (0.4) |
| 3/6/2025 | Sullivan, Sean | 1.90 | $1,060 | $2,014.00 | Work on issues related to service of process and using investigator for same |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/7/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Attention to service issues and staffing |
| 3/7/2025 | Sullivan, Sean | 0.60 | $1,060 | $636.00 | Work on issues related to service of process on DeBarr and timing for same |
| 3/10/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Gather intel on magistrate judge |
| 3/10/2025 | Feliciano, Katelyn | 1.00 | $680 | $680.00 | Meet with client to discuss ███████████ |
| 3/10/2025 | Sullivan, Sean | 0.30 | $1,060 | $318.00 | Work on issues related to service on iLocksport following service on DeBarr |
| 3/11/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Attention to pro hac vice application and confer regarding ███████████ |
| 3/11/2025 | Feliciano, Katelyn | 0.30 | $680 | $204.00 | Meet with ██████ and D.Toaltoan regarding ███████ |
| 3/11/2025 | Feliciano, Katelyn | 0.60 | $680 | $408.00 | Correspondence regarding ███████████ |
| 3/11/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Work on issues related to filing of proof of service documents |
| 3/11/2025 | Toaltoan, Danielle | 0.30 | $975 | $292.50 | Attention to pro hac vice motion |
| 3/12/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Attention to judicial assignment |
| 3/14/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Review notice of assignment to Judge Staton and Magistrate Judge Bristow |
| 3/17/2025 | Feliciano, Katelyn | 0.10 | $680 | $68.00 | Review docket entries including standing order |
| 3/18/2025 | Clarke, Sydney | 0.10 | $625 | $62.50 | Meeting with K. Feliciano to discuss ███████████ |
| 3/18/2025 | Commerson, Scott | 0.40 | $1,090 | $436.00 | Confer regarding ███████████ |
| 3/18/2025 | Feliciano, Katelyn | 2.50 | $680 | $1,700.00 | Review judge's standing order and local rules for upcoming deadlines (1.5); discuss ███████████ with S. Sullivan and S. Commerson (0.5); edits to proof of service (1.0); conduct research on assigned judge (0.5); |
| 3/18/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Review materials related to procedure for serving materials on defendant |
| 3/18/2025 | Sullivan, Sean | 0.70 | $1,060 | $742.00 | Video conference with S. Commerson and K. Feliciano to discuss ███████████ |
| 3/19/2025 | Clarke, Sydney | 0.10 | $625 | $62.50 | Sent email following up with ███████████ to get a status update on ███████████ |
| 3/19/2025 | Feliciano, Katelyn | 1.40 | $680 | $952.00 | Meet with S. Clarke regarding ██████ (0.4); summarize f██████ for ███████ (1.0) |
| 3/19/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Review proof of service prior to filing |
| 3/19/2025 | Sullivan, Sean | 0.60 | $1,060 | $636.00 | Review communications related to ███████████ |
| 3/20/2025 | Clarke, Sydney | 1.80 | $625 | $1,125.00 | Summarize research on judge and ███████████ |
| 3/20/2025 | Clarke, Sydney | 0.20 | $625 | $125.00 | Receipt and analysis of draft of client email drafted by K. Feliciano and subsequent edits suggested by S. Commerson and S. Sullivan |
| 3/20/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Review research and summary regarding ███████████ |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/20/2025 | Feliciano, Katelyn | 1.90 | $680 | $1,292.00 | Review research on judge; coordinate filing of DeBarr proof of service and proof of service for initial standing order; draft summary of standing order and research to client |
| 3/20/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Review and revise summary of ███████████ to send to █████ |
| 3/20/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Review and correct proof of service to reflect correct address of service |
| 3/28/2025 | Clarke, Sydney | 0.10 | $625 | $62.50 | Followed up with S. Commerson and S. Sullivan on any outstanding action items for DeBarr |
| 3/31/2025 | Clarke, Sydney | 0.20 | $625 | $125.00 | Emailed ███████ team to ████████████████ ████ |
| 3/31/2025 | Sullivan, Sean | 0.10 | $1,060 | $106.00 | Email with ██████ regarding ████████ |
| 4/1/2025 | Clarke, Sydney | 0.10 | $625 | $62.50 | Analyze request to ████████████ |
| 4/1/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Discuss ███████████████ |
| 4/2/2025 | Clarke, Sydney | 0.20 | $625 | $125.00 | Draft motion for entry of default and declarations |
| 4/2/2025 | Commerson, Scott | 0.40 | $1,090 | $436.00 | Discuss ████████████████ with S. Sullivan, D. Toaltoan, and M. Haas |
| 4/2/2025 | Sullivan, Sean | 1.00 | $1,060 | $1,060.00 | Attend video conference with S. Commerson and D. Toaltoan to discuss █████ ███████████ |
| 4/3/2025 | Clarke, Sydney | 1.00 | $625 | $625.00 | Requested documents shells and completed drafts of Motion for Entry of Default and declarations and sent to T. Cole for edits and revisions |
| 4/3/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Review order regarding default |
| 4/3/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Review court's order to show cause for failure to prosecute and develop plan for ██ ██ |
| 4/4/2025 | Clarke, Sydney | 0.50 | $625 | $312.50 | Incorporated edits to declaration for S. Commerson and the Motion for Entry of Default |
| 4/4/2025 | Commerson, Scott | 0.80 | $1,090 | $872.00 | Review and revise application for entry of default and supporting declaration (0.7); confer with S. Sullivan regarding ████████ (0.1) |
| 4/7/2025 | Commerson, Scott | 1.10 | $1,090 | $1,199.00 | Review further investigation on DeBarr's assets and current employment, prepare summary for ██████████, and edit and circulate motion for entry of default |
| 4/8/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Confer with client regarding ███████████████ |
| 4/10/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Confer with client and ████████████████ |
| 4/14/2025 | Clarke, Sydney | 0.30 | $625 | $187.50 | Drafted email to K. Feliciano with ████████████████ ████████ and scheduled subsequent meeting |
| 4/14/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Confer with K. Feliciano regarding ████████████ |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/15/2025 | Commerson, Scott | 0.40 | $1,090 | $436.00 | Confer with team regarding ████████████████████ |
| 4/15/2025 | Feliciano, Katelyn | 1.70 | $680 | $1,156.00 | Research procedural requirements for motion for default judgment |
| 4/15/2025 | Feliciano, Katelyn | 0.60 | $680 | $408.00 | Meet with S. Sullivan regarding █████████████████████ |
| 4/15/2025 | Sullivan, Sean | 0.70 | $1,060 | $742.00 | Video conference with S. Commerson and K. Feliciano to discuss ████████████████ ██████████████ |
| 4/15/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Review sample default judgment motions for use in preparing default judgment motion in matter |
| 4/16/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Discuss service issue |
| 4/16/2025 | Feliciano, Katelyn | 0.20 | $680 | $136.00 | Correspondence regarding ████████████████████ |
| 4/16/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Email with S. Commerson and K. Feliciano regarding ████████████████ ██████ |
| 4/17/2025 | Feliciano, Katelyn | 0.20 | $680 | $136.00 | Draft Motion for Default Judgment |
| 4/18/2025 | Chiang, Samantha | 0.30 | $600 | $180.00 | Discuss ███████████████████ with K. Feliciano |
| 4/18/2025 | Feliciano, Katelyn | 1.10 | $680 | $748.00 | Meet with S. Chiang regarding ███████████████████ ████████ (0.5); draft Motion for Default Judgment (0.6) |
| 4/22/2025 | Chiang, Samantha | 3.60 | $600 | $2,160.00 | Draft declaration in support of motion for entry of default |
| 4/22/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Provide client update on ███████████████ |
| 4/23/2025 | Chiang, Samantha | 1.20 | $600 | $720.00 | Draft Commerson declaration in support of motion for default |
| 4/23/2025 | Feliciano, Katelyn | 6.80 | $680 | $4,624.00 | Draft Motion for Default Judgment |
| 4/23/2025 | Sullivan, Sean | 0.40 | $1,060 | $424.00 | Email team regarding ███████████████████████ ██████████ |
| 4/24/2025 | Chiang, Samantha | 1.10 | $600 | $660.00 | Edit motion for entry of default |
| 4/24/2025 | Feliciano, Katelyn | 3.50 | $680 | $2,380.00 | Draft Motion for Default Judgment |
| 4/25/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Confer with S. Sullivan and K. Feliciano regarding ████████████ |
| 4/27/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Review and revise draft default judgment motion |
| 4/29/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Confer with S. Sullivan regarding ████████████████ |
| 4/29/2025 | Sullivan, Sean | 1.80 | $1,060 | $1,908.00 | Review and revise motion for default judgment |
| 5/1/2025 | Commerson, Scott | 0.50 | $1,090 | $545.00 | Call with MPA and DWT teams to discuss ████████████████ |
| 5/1/2025 | Feliciano, Katelyn | 0.50 | $680 | $340.00 | Meet with client regarding ██████████████ |
| 5/1/2025 | Sullivan, Sean | 1.10 | $1,060 | $1,166.00 | Review and revise draft default judgment motion |
| 5/1/2025 | Sullivan, Sean | 1.00 | $1,060 | $1,060.00 | Attend video conference with client team to discuss ███████████████ ████████████████████ |
| 5/2/2025 | Feliciano, Katelyn | 6.10 | $680 | $4,148.00 | Edits to Default Judgment Motion |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/4/2025 | Feliciano, Katelyn | 1.70 | $680 | $1,156.00 | Edits to motion for default judgment |
| 5/5/2025 | Chiang, Samantha | 0.20 | $600 | $120.00 | Discuss ███████████████████████ with K. Feliciano and S. Clarke |
| 5/5/2025 | Feliciano, Katelyn | 0.30 | $680 | $204.00 | Develop plan for post-judgment enforcement options |
| 5/7/2025 | Commerson, Scott | 0.80 | $1,090 | $872.00 | Begin reviewing and revising motion for default judgment |
| 5/7/2025 | Feliciano, Katelyn | 0.10 | $680 | $68.00 | Correspondence regarding ████████████ ████████ |
| 5/8/2025 | Commerson, Scott | 0.80 | $1,090 | $872.00 | Continue to revise motion |
| 5/9/2025 | Commerson, Scott | 0.70 | $1,090 | $763.00 | Continue editing motion |
| 5/11/2025 | Commerson, Scott | 0.70 | $1,090 | $763.00 | Further revise motion |
| 5/12/2025 | Chiang, Samantha | 1.40 | $600 | $840.00 | Research in enforcing permanent injunctions |
| 5/12/2025 | Commerson, Scott | 0.60 | $1,090 | $654.00 | Further revise motion and discuss ████████ with team |
| 5/12/2025 | Feliciano, Katelyn | 0.10 | $680 | $68.00 | Review edits to Motion for Default Judgment |
| 5/12/2025 | Sullivan, Sean | 1.20 | $1,060 | $1,272.00 | Communicate with S. Commerson regarding ████████████ ██████ |
| 5/13/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Confer regarding ████████ |
| 5/14/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Attention to new action and confer with A. Sgro |
| 5/14/2025 | Feliciano, Katelyn | 3.20 | $680 | $2,176.00 | Edits to default judgment motion |
| 5/14/2025 | Sullivan, Sean | 0.30 | $1,060 | $318.00 | Review email communications regarding ████████████ ██████ |
| 5/16/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Review updated motion and confer with K. Feliciano |
| 5/19/2025 | Chiang, Samantha | 3.50 | $600 | $2,100.00 | Research post-judgment enforcement of injunctions and draft memorandum outline |
| 5/19/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Review minute order and discuss ████████ |
| 5/19/2025 | Feliciano, Katelyn | 0.90 | $680 | $612.00 | Research model proposed orders for copyright default judgment |
| 5/19/2025 | Sullivan, Sean | 1.30 | $1,060 | $1,378.00 | Review and revise draft motion for default judgment |
| 5/19/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Review court order setting deadline to file motion for default judgment and analyze ████████ |
| 5/20/2025 | Feliciano, Katelyn | 6.60 | $680 | $4,488.00 | Draft proposed order and MPA declaration |
| 5/20/2025 | Sullivan, Sean | 1.30 | $1,060 | $1,378.00 | Review and revise draft default judgment motion |
| 5/21/2025 | Chiang, Samantha | 2.50 | $600 | $1,500.00 | Draft (and redraft) declaration in support of motion for default |
| 5/21/2025 | Feliciano, Katelyn | 1.50 | $680 | $1,020.00 | Discuss ████████████████ with S.Sullivan (0.5); edits to attorney declaration in support of motion for default judgment (0.8); edits to MPA declaration (0.2) |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/22/2025 | Chiang, Samantha | 0.20 | $600 | $120.00 | Review and discuss ███████████████████ |
| 5/22/2025 | Feliciano, Katelyn | 1.20 | $680 | $816.00 | Edits to attorney declaration iso motion for default judgment; edits to default judgment motion |
| 5/22/2025 | Sullivan, Sean | 0.40 | $1,060 | $424.00 | Develop plan for ████████████████ |
| 5/27/2025 | Sullivan, Sean | 0.30 | $1,060 | $318.00 | Review and revise draft declaration and proposed order in support of default judgment |
| 5/28/2025 | Commerson, Scott | 2.00 | $1,090 | $2,180.00 | Review and revise motion for default judgment, supporting declarations, and proposed order, and confer with S. Sullivan and K. Feliciano |
| 5/28/2025 | Feliciano, Katelyn | 0.50 | $680 | $340.00 | Edits to motion for default judgment |
| 5/28/2025 | Sullivan, Sean | 0.60 | $1,060 | $636.00 | Communicate with S. Commerson regarding ████████████████ ████████ |
| 5/28/2025 | Sullivan, Sean | 1.10 | $1,060 | $1,166.00 | Review and revise proposed order and declaration in support of motion for default judgment |
| 5/29/2025 | Feliciano, Katelyn | 0.70 | $680 | $476.00 | Attend meeting with client regarding ███████████████ (0.5); memorialize meeting notes (0.2) |
| 5/29/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Attend video conference with client team to discuss ████████ |
| 6/2/2025 | Feliciano, Katelyn | 0.70 | $680 | $476.00 | Research default judgment order copyright fees awards |
| 6/13/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Check in with client regarding ██████████████ |
| 6/16/2025 | Commerson, Scott | 0.40 | $1,090 | $436.00 | Confer with ████████ regarding ██████████ and confer with team regarding ████████ |
| 6/16/2025 | Feliciano, Katelyn | 1.30 | $680 | $884.00 | Draft response to osc requesting extension of time to file default judgment |
| 6/16/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Review and revise response to OSC regarding ████████ |
| 6/17/2025 | Commerson, Scott | 0.60 | $1,090 | $654.00 | Review and revise response to OSC and request for extension of deadline |
| 6/17/2025 | Feliciano, Katelyn | 0.50 | $680 | $340.00 | Edits to response to order to show cause |
| 6/18/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Review updated information and confer regarding ████ |
| 6/18/2025 | Feliciano, Katelyn | 0.20 | $680 | $136.00 | Review and submit response to order to show cause |
| 6/21/2025 | Commerson, Scott | 0.40 | $1,090 | $436.00 | Confer with ████████ regarding ████████ ████████ |
| 6/22/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Advise client regarding ████████████ |
| 6/23/2025 | Chiang, Samantha | 1.10 | $600 | $660.00 | Research orders ████████████ |
| 6/23/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Review order continuing deadline to file default judgment |
| 6/23/2025 | Sullivan, Sean | 0.30 | $1,060 | $318.00 | Review email summary of ███████████████ ████ |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 6/24/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Confer with ████, MPA, and team regarding ████████ |
| 6/24/2025 | Feliciano, Katelyn | 0.60 | $680 | $408.00 | Plan for motion for default judgment |
| 6/24/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Email with S. Commerson and K. Feliciano regarding ████████ ████████ |
| 6/25/2025 | Commerson, Scott | 0.70 | $1,090 | $763.00 | Review updated motion and declaration and confer with K. Feliciano and S. Sullivan regarding ████████ |
| 6/25/2025 | Feliciano, Katelyn | 1.10 | $680 | $748.00 | Edits to motion for default judgment and supporting documents |
| 6/25/2025 | Sullivan, Sean | 0.30 | $1,060 | $318.00 | Review revised versions of default judgment papers |
| 6/25/2025 | Sullivan, Sean | 0.40 | $1,060 | $424.00 | Email with S. Commerson and K. Feliciano regarding ████████ ████████ |
| 6/26/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Confer regarding ████████ |
| 6/26/2025 | Feliciano, Katelyn | 0.60 | $680 | $408.00 | Edits to motion for default judgment and supporting materials |
| 6/26/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Email ████ and ████ with ████████ |
| 6/26/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Email S. Commerson and K. Feliciano regarding ████████ |
| 6/26/2025 | Sullivan, Sean | 1.70 | $1,060 | $1,802.00 | Review and revise default judgment papers |
| 6/27/2025 | Feliciano, Katelyn | 0.80 | $680 | $544.00 | Edits to motion for default judgment |
| 6/27/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Search prior filings for missing copyright registration |
| 6/27/2025 | Sullivan, Sean | 0.40 | $1,060 | $424.00 | Confer with K. Feliciano and S. Commerson regarding ████████ ████████ |
| 6/30/2025 | Chiang, Samantha | 0.80 | $600 | $480.00 | Review exhibits for motion for default judgment |
| 6/30/2025 | Commerson, Scott | 0.20 | $1,090 | $218.00 | Review edits to motion |
| 6/30/2025 | Feliciano, Katelyn | 2.50 | $680 | $1,700.00 | Correspondence regarding ████████ (0.2); review certificate exhibits (2.3) |
| 6/30/2025 | Sullivan, Sean | 0.50 | $1,060 | $530.00 | Review revisions to default papers from ████████ |
| 6/30/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Email ████ regarding ████████ |
| 6/30/2025 | Sullivan, Sean | 0.60 | $1,060 | $636.00 | Review and revise default judgment papers to include new damages figures for additional titles |
| 6/30/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Email ████ and ████ regarding ████████ and regarding ████████ |
| 7/1/2025 | Chiang, Samantha | 2.10 | $600 | $1,260.00 | Edit and cite check Motion for Default and ancillary documents |
| 7/1/2025 | Feliciano, Katelyn | 3.50 | $680 | $2,380.00 | Edits to motion for default judgment and supporting documents |
| 7/1/2025 | Sullivan, Sean | 0.30 | $1,060 | $318.00 | Review exhibits and declaration in support of motion for default judgment |
| 7/2/2025 | Chiang, Samantha | 0.60 | $600 | $360.00 | Attend meeting regarding ████████ |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/2/2025 | Commerson, Scott | 0.80 | $1,090 | $872.00 | Attention to finalizing motion and declaration and confer with team |
| 7/2/2025 | Feliciano, Katelyn | 5.20 | $680 | $3,536.00 | Edits to motion for default judgment and supporting documents |
| 7/2/2025 | Sullivan, Sean | 0.90 | $1,060 | $954.00 | Prepare for and attend conference to discuss ███████████████ █████████ |
| 7/2/2025 | Sullivan, Sean | 2.10 | $1,060 | $2,226.00 | Review and revise motion for default judgment and supporting documents to incorporate █████████ |
| 7/3/2025 | Chiang, Samantha | 0.20 | $600 | $120.00 | Review Motion for Default Judgment and ancillary documents |
| 7/3/2025 | Commerson, Scott | 0.30 | $1,090 | $327.00 | Attention to declaration and filing |
| 7/3/2025 | Feliciano, Katelyn | 1.70 | $680 | $1,156.00 | Manage filing of motion for default judgment |
| 7/3/2025 | Sullivan, Sean | 0.60 | $1,060 | $636.00 | Review emails with client team regarding ████████████ ████████████ |
| 7/7/2025 | Feliciano, Katelyn | 0.10 | $680 | $68.00 | Prepare motion for default judgment chamber copies and for service |
| 7/8/2025 | Sullivan, Sean | 0.20 | $1,060 | $212.00 | Email S. Commerson and team regarding █████████ |
| 7/29/2025 | Commerson, Scott | 0.40 | $1,090 | $436.00 | Confer with team and █████████████ |
| 7/29/2025 | Feliciano, Katelyn | 0.10 | $680 | $68.00 | Correspondence with S. Commerson regarding █████████ |
| 7/31/2025 | Commerson, Scott | 0.10 | $1,090 | $109.00 | Review ██████ and confer with M. Haas |

**TOTAL   $206,293.00**